# Exhibit A



## COMPANY PROFILE

*Serving law enforcement with the most compelling, quality video products.*

### THE INDUSTRY LEADER

WatchGuard Video is the world's largest manufacturer of law enforcement video systems, supplying in-car and wearable video solutions to nearly 1/3rd of all Law Enforcement agencies in the U.S. and Canada. The company has been listed as one of the top 100 fastest growing companies in North Texas in 2010, 2011, and again in 2014.

### REVOLUTIONARY PRODUCTS

- In 2005, WatchGuard introduced the DV-1, the world's first Direct-to-DVD-Video in-car video system, which has outsold all other digital in-car video systems.
- In 2010, the company introduced the revolutionary 4RE HD, the first High Definition in-car video system, which uses multiple resolution recording to make HD practical and cost effective.
- In 2014, WatchGuard introduced the high quality VISTA HD wearable camera which is transforming the police body camera market.
- In 2015, WatchGuard introduced the 4RE Panoramic in-car video system which dramatically expands the coverage area in front of the patrol car.

### ADVANCED ENGINEERING

WatchGuard has invested over $40M into the development of digital video systems for law enforcement and the company currently employs a team of more than 50 senior level engineers and programmers, many with Masters Degrees. This team is exclusively focused on the capture, management, and integration of law enforcement video. The company's major engineering investments have resulted in numerous technological breakthroughs and patents (10 issued & 12 pending) which has enabled the company to demonstrate clear technological leadership and to advance the state-of-the-art.

### MANUFACTURED IN THE U.S.A.

The company manufacturers its products in its 65,000 square foot, state-of-the-art facility located in North Texas. This modern, two story facility houses all departments including Engineering, Manufacturing, Sales, Customer Service, and it includes a pristine production area, a customer service installation / service garage with a customer waiting lounge, a dedicated engineering test lab, a full environmental test chamber, and a spacious training room.





## DEDICATED TO SERVING

WatchGuard Video is founded on Christian principles and the management staff is encouraged to manage their teams by modeling servant-based leadership. The company places an emphasis on developing and exhibiting the individual character qualities that are essential for true success, both personally and professionally. The company also acknowledges that by serving God people are better equipped and empowered to serve each other, which ultimately serves customers more effectively. This highly functional culture creates an environment where employees are fully engaged and customers are served in a manner that instills the highest level of trust, loyalty, and satisfaction.

Free Police Grant Funding Information: 2016 Grant Funding Guide (/grant-funding-guide) and Grant Funding Webinar (/video-gallery/police-grant-funding-webinar)!

 WatchGuard Video

## HOME

Home Page (/)

## PRODUCTS

Product Lines
(http://watchguardvideo.com/products)
4RE
(http://watchguardvideo.com/4re/overview)
VISTA

## VIDEOS

Video Gallery (/videos)

(http://watchguardvideo.com/vista/overview)

DV-1
(http://watchguardvideo.com/dv1/overview)
Interview Room
(http://watchguardvideo.com/interview/overview)
Motorcycle
(http://watchguardvideo.com/4re/4rem)

## SUPPORT

Downloads (/downloads)
Online Support
(http://cs.watchguardvideo.com/)
Training Class (/dv-1-factory-training-
class)
Extended Maintenance Agreement
(/maintenance-agreement)

## ABOUT

About Us (/company-profile)
Press (/press)
News (/news)
Leadership (/leadership-profiles)
Careers (/careers)
Privacy Policy (/privacy-policy)
WatchGuard Cares (/cares)
Testimonials (/testimonials)

## CONTACT US

Contact Us (/contact)

 (http://watchguardvideo.com/facebook)  (http://watchguardvideo.com/vimeo)
(http://watchguardvideo.com/linkedin)  (http://watchguardvideo.com/youtube)
(http://watchguardvideo.com/twitter)

Select Language    Select Language    Powered by Google **Translate (https://translate.google.com)**
Powered by Google **Translate (https://translate.google.com)**

© WatchGuard Video 2016