# Exhibit B



**WATCH GUARD** (http://watchguardvideo.com)

Products (http://watchguardvideo.com/products)    4RE (http://watchguardvideo.com/4re/overview)

### VISTA HD POLICE BODY CAMERA



**REQUEST MORE INFORMATION**

First *

Last *

Agency Name *

State

Email *

**SUBMIT**

The VISTA™ police body-worn camera is constructed with cast magnesium, polyurethane rubber, and a military grade Polyetherimide resin. Now also available with WiFi (/vista/wifi).

- Ultra-Rugged Weatherproof Design
- Transfer/Charging Base Provides "Dock & Go" Convenience
- 9 Hours Of Continuous HD Recording On A Single Charge
- Integrates With Evidence Library And 4RE® In-Car Video Systems (http://watchguardvideo.com/4re/overview)
- The Easiest Police Body-Worn Camera To Use And Understand
- Record-After-The-Fact® (http://watchguardvideo.com/record-after-the-fact) Provides the Ultimate Safety Net
- Exceptional Quick-Release Mounting Hardware



(http://watchguardvideo.com /wp-content/uploads/2015/10/Vista-Clip-3D-1333x1361.png)
*The Industry's Best Body Mounting Solution*




(http://watchguardvideo.com /wp-content/uploads /2014/10/vista-isometric-1412x2000.jpg)

(http://watchguardvideo.com /wp-content/uploads /2014/10/vista-front-dock-1344x2000.jpg)

(http://watchguardvideo.com /wp-content/uploads /2014/10/vista-side-1488x2000.jpg)



### AVAILABLE IN THREE VERSIONS

**VISTA WiFi**          **Standard Capacity**          **Extended Capacity**

- Built-In GPS and Wi-Fi
- 9 Hours of Continuous HD Recording
- 5.3 oz.
- Learn More (/vista/wifi)

- 6 Hours of Continuous HD Recording
- 4.3 oz.

- 9 Hours of Continuous HD Recording
- 5.3 oz.

(http://watchguardvideo.com/wp-content/uploads/2014/10/vista-top-1797x1929.jpg)

*Display Keeps Officers Informed*

*Both VISTA police body-worn camera versions include 32 GB of SSD memory.*

i  LEARN ABOUT VISTA WIFI (HTTP://WATCHGUARDVIDEO.COM/VISTA/WIFI)

⊞  WATCH SAMPLE VISTA FOOTAGE (HTTP://WATCHGUARDVIDEO.COM/VISTA/BODY-CAMEF

i  MOUNTING OPTIONS (HTTP://WATCHGUARDVIDEO.COM/VISTA/BODY-CAMERA-MOUNTS)

⬇  DOWNLOAD THE BROCHURE (HTTP://ASSETS.WATCHGUARDVIDEO.NETDNA-CDN.COM/PI

## Stunning **High Definition** Video & **CD Quality** Audio



01:07



HOUSTON POLICE DEPARTMENT BODY ...

(
http://watchguardvideo.com
/video-gallery/houston-
police-department-
body-camera-
deployment-2 )



Houston Police Department Body ...

(
http://watchguardvideo.com
/video-gallery/houston-
police-department-
body-camera-deployment
)



Police Grant Funding Webinar

(
http://watchguardvideo.com
/video-gallery/police-
grant-funding-webinar )



2015 Video Compilation – Police Body ...

(
http://watchguardvideo.com
/video-gallery/2015-video-
compilation-police-
body-camera-
and-dashcam )



**TWO WITNESSES ARE ALWAYS BETTER THAN ONE**

**INTEGRATES WITH 4RE IN-CAR VIDEO SYSTEMS**

- VISTA recordings are *automatically* linked to 4RE In-Car Video



(http://watchguardvideo.com

(http://watchguardvideo.com /wp-content/uploads /2015/07/VISTA-docked-iso-1-grey-2000x1333.jpg)

(http://watchguardvideo.com /4re/overview) recordings.
- VISTA becomes an additional camera view with the in-car video recording.
- VISTA & 4RE both use the same back-office video management software.

/wp-content/uploads/2014/09 /zsl-stack-zero-siteline-hd-in-car-video-camera-system.jpg)

## THERE'S MORE TO VIDEO THAN JUST RESOLUTION

- 720p HD Resolution (480p Is Selectable)
- 130° Wide Angle Field Of View
- Adjustable Lens Rotates 40° For Optimal Aiming From Any Mounting Position

- Ultra-Wide Dynamic Range (http://watchguardvideo.com/ultra-wide-dynamic-range) Image Sensor
- Extremely Rich Colors At All Light Levels
- Dramatically Superior Low Light Sensitivity



(http://watchguardvideo.com/wp-content/uploads /2015/01/vista-chestmount-exploded.jpg)

## MULTIPLE MOUNTING OPTIONS AVAILABLE

**Chest Mount -- The Industry's Best Body Mounting Solution**

- Auto-Aligning Magnetic Undershirt Base
- Front Assembly With Locking Pins
- Comfortable, Convenient, Stable & Secure

**Innovative Quick Release Mounting System**

Mounting Options Include:

- Locking Chest Mount
- Rotatable Shirt Clip
- Duty Belt Clip
- Molle Loop Mount
- Velcro® Plate Mount
- Klick Fast® Mount
- Tripod Mount
- Ram® Mount

▣ MOUNTING OPTIONS (HTTP://WATCHGUARDVIDEO.COM/VISTA/BODY-CAMERA-MOUNTS)

## STILL FRAMES FROM VISTA BODY WORN CAMERA RECORDINGS





## USB DOCKING BASE

- Transfer 1 GB in under 90 seconds
- Completely charges the camera in 4 hours



(http://watchguardvideo.com/wp-content/uploads
/2015/11/vista-dock-1500x1000.jpg)

## ETHERNET TRANSFER STATION

- Each station uploads and recharges 8 VISTA cameras simultaneously
- Dock & GO fully automatic upload with zero officer interaction
- Much faster than most competing transfer systems
- Dozens of stations can be simultaneously operated in multiple locations and all managed with Evidence Library 4 Web



(http://watchguardvideo.com/wp-content/uploads
/2015/11/transfer-station-1500x1000.jpg)



(http://watchguardvideo.com/wp-content/uploads
/2015/11/Vista-hub-and-vista-830x563.png)

## USB HUB SUPPORTS MULTIPLE OFFICERS USING VISTA CAMERAS

A single ELX-3 installation can be used by a single officer or with multiple officers. The PC that runs ELX-3 can be centrally located where multiple officers can access and upload their VISTA video using USB bases. A USB hub can be utilized to increase the number of USB bases that can be connected to the PC. ELX-3 is not compatible with VISTA Transfer Stations

**i  LEARN MORE ABOUT ELX-3 (HTTP://WATCHGUARDVIDEO.COM/4RE/EVIDENCE-LIBRARY-EXPRESS)**

Free Police Grant Funding Information: 2016 Grant Funding Guide (/grant-funding-guide) and Grant Funding Webinar (/video-gallery/police-grant-funding-webinar)!

### WatchGuard Video

| HOME | PRODUCTS | VIDEOS | SUPPORT | ABOUT | CONTACT US |
|---|---|---|---|---|---|
| Home Page (/) | Product Lines (http://watchguardvideo.com/products) | Video Gallery (/videos) | Downloads (/downloads) | About Us (/company-profile) | Contact Us (/contact) |
| | 4RE (http://watchguardvideo.com/4re/overview) | | Online Support (http://cs.watchguardvideo.com/fp) | Press (/press) | |
| | | | Training Class (/dv-1-factory-training-class) | News (/news) | |
| | VISTA (http://watchguardvideo.com/vista/overview) | | Extended Maintenance Agreement (/maintenance-agreement) | Leadership (/leadership-profiles) | |
| | DV-1 (http://watchguardvideo.com/dv1/overview) | | | Careers (/careers) | |
| | | | | Privacy Policy (/privacy-policy) | |
| | Interview Room (http://watchguardvideo.com/interview | | | WatchGuard Cares (/cares) | |
| | | | | Testimonials (/testimonials) | |

/overview)
Motorcycle
(http://watchguardvideo.com
/4re/4rem)

(http://watchguardvideo.com
/facebook)
(http://watchguardvideo.com/vimeo)
(http://watchguardvideo.com
/linkedin)
(http://watchguardvideo.com
/youtube)
(http://watchguardvideo.com
/twitter)

Select Language ▼    Powered by Google Translate (https://translate.google.com)    ©WatchGuard Video 2016