# Exhibit D

FEATURED    TOP STORY

# Holcomb approves body, in-car cameras for police department

By Angie Haflich ahaflich@gctelegram.com    Jan 13, 2016



Brad Nading/Telegram

Diego Mancillas of the Holcomb Police Department hooks a body camera to his shirt prior to going on patrol Wednesday outside the Holcomb city building. The department requested the purchase of two additional body cameras.



FIND NEW ROADS

1-888-595-3947
E HWY 50 GARDEN CITY
LEWISMOTORS.COM

HOLCOMB — The Holcomb Police Department soon will be fully outfitted with body cameras, after the city council Wednesday night approved buying two body cameras and two in-car camera systems.

Holcomb Police Chief Tony Forsen said the HPD has been testing a body camera since the fall to see how the technology works. He recommended

the council purchase two additional body cameras so that all three full-time officers on the force can be equipped with them.

Forsen also recommended replacing the in-car camera systems installed in police vehicles five years ago, which he said have become outdated.

"(The new system) is a panoramic view instead of the straight line view," Forsen told the council.

Watch Guard, the company that supplied the original in-car camera systems and body camera, has a system that will allow recording from the point of view of both the officer and the vehicle.

"The body camera is integrated with the vehicle so when it downloads, you get two split views, one from the body camera and one from the in-car camera," Forsen explained.

The body cameras also come with nine-hour batteries. The HPD's current body camera is equipped with a six-hour battery, so Forsen said it often must be recharged whenever a shift change occurs.

"The one we have now is just the standard at six hours. It will last a whole shift and part, to almost the end, of the second shift, but we do have to put it on the charger," Forsen said. "If we use it several times, then the battery does get depleted quickly."

Councilman Jerry Quint, who is also a Finney County Sheriff's officer, said the body cameras are similar to ones that the sheriff's office has been testing and said Watch Guard is considered a top brand.

Mayor Gary Newman said the cameras provide an added layer of protection for both officers and citizens.

A total of $17,000 was budgeted for the cameras in the 2015-16 budget.

The two in-car camera systems include GPS, high-definition cameras, DVRs, 200 GB hard drives, 16 GB USB removable thumb drives, microphones and a one-year warranty at a combined cost of $9,690.

The two body cameras include 32 GB of storage, USB charge, an upload docking base and a one-year warranty at a combined cost of $1,614.

Council members unanimously approved the purchase of the cameras.

In other business Wednesday:

• The city's maintenance crew will repair a water leak in the area of North Henderson Street between Jo Ella Drive and Jones Avenue beginning at 4 p.m. Wednesday.

Newman said the work is expected to take four hours and will require turning water off at some homes and businesses in the area during that time.

The city will notify those impacted before Wednesday.

**Top Video Headlines**

of 3

- 

