# Exhibit E

5/26/2016                                                    Affidavit: Camera caught woman unloading marijuana - Parsons Sun: News

Welcome! Login | Signup





**81°**
Overcast



Search this site...  Go

Home    Local News    State And National    Community    Sports    Opinion    Digital Edition    Advertising    Subscribe    Chanute Tribune    Special Sections



Home    News

# Affidavit: Camera caught woman unloading marijuana

Story    Comments

Print    Font Size:

Recommend  1    Tweet  G+1  0    3

Posted: Wednesday, April 13, 2016 11:50 pm

By Ray Nolting rnolting@parsonssun.com  |    0 comments

A camera apparently caught a Parsons woman unloading marijuana from inside her pants onto the floor of a Parsons police cruiser while she was partially cuffed in the back seat.

The marijuana weighed 103.2 grams, or more than 3 1/2 ounces, and the weight of the drugs and other items found with it led to a serious criminal charge against Kimberly D. Morris, born in 1962, 1628 Belmont. She is charged with possession with intent to distribute more than 100 grams of marijuana. The charge is a level two drug felony and if she's convicted of that she could go to prison. She's also charged with obstructing the legal process by attempting to hide evidence, also a felony.

The information that follows comes from the probable cause affidavit filed in the case. The Sun requested the affidavit, which is a public document in Kansas now, and received it this week. The affidavit is used to arrest a suspect or to support the filing of criminal charges.

Parsons Police Officer Brice Dickens stopped a 2000 Pontiac Grand Prix driven by Devante L. Kendrick around 10:39 p.m. Feb. 12 in the 1600 block of Belmont for a traffic infraction (failure to signal a turn). The officer determined that Kendrick didn't have a driver's license. He also smelled marijuana in the car.

Kendrick was arrested, handcuffed and searched. He also had his Miranda rights read to him, the affidavit says. Kendrick was placed in the back seat of Dickens' patrol car.

Officer Dickens had asked the back seat passengers to remain in the car with their hands visible while he dealt with Kendrick. He then asked each one to get out separately and asked about the odor of marijuana. One of the three passengers pointed a finger at Kendrick, saying he smoked marijuana. The officer searched her and another passenger and found nothing. The officer also asked Morris, another of the passengers, to step out. Morris didn't grant consent to search her person. The officer patted her down for a weapons search and once he learned that she was on probation he searched her person, clothing and jacket and found nothing. He noted that he could smell marijuana on her, the affidavit says.

The police dispatcher notified Dickens that Morris had a warrant, so she was arrested, handcuffed and placed in the back of another officer's patrol car. Dickens noted that he double checked the handcuffs for proper fit.

A search of the vehicle turned up an open bottle of vodka, but no drugs.

At the police department, the second officer, Dylan Crase, found suspected marijuana in the back seat of his patrol car, where Morris had been sitting, when Morris was being removed from the cruiser, the affidavit said. Morris, who

**Special Features (Click Here)**

**Submit Your News!**

We're always interested in hearing about news in our community. Let us know what's going on!

Submit news

**Spotlight Images**



**Labette Community Guide 2016-17**

Labette Community Guide 2016 Edition

**Updated:** 11:25 am | See more

5/26/2016                                          Affidavit: Camera caught woman unloading marijuana - Parsons Sun: News

was still fully handcuffed, denied the marijuana was hers. She was taken inside the building to be processed.

A field test confirmed the green, leafy substance as marijuana, divided among four bags. One bag weighed 22.5 grams, the second 23.5 grams, the third 28.3 grams and the fourth 28.9 grams. Officers also found a black digital scale inside a plastic bag.

The officers then reviewed the WatchGuard camera system that points at and records the back seat of Parsons patrol cars, the affidavit said.

"I observed Kimberly slip out of her handcuffs with her left hand, reach down the front of her pants to her groin region and pull out a large plastic bag with what appeared to be a green leafy substance. Kimberly then attempts to hide the bag of green leafy substance behind the head rest. Eventually, Kimberly is seen leaning across the seat, placing the bag of green leafy substance under the seat," Dickens wrote in the affidavit.

Morris remains free on bond and will return to court on May 6.

In an unrelated case:

— Detavious J. Cooper, 25, of Parsons, is trying to withdraw his plea to aggravated burglary and providing false information to police, both felonies. He attempted to withdraw his plea in March, after listening to encouragement from family members sitting in the seats behind the defense table, but he finally agreed to stay with his plea. Judge Fleming sentenced him at that time to 60 months in prison. Since then, Cooper's attorney Shane Adamson filed a motion to withdraw the plea and a notice of appeal of rulings in the case and then Adamson withdrew from the case because he may be a witness to future action. David Markham was appointed. Cooper will return to court on April 18. Cooper was convicted of breaking into an apartment at Kensington Court Apartments, 201 McKnight Drive, on Sept. 22, 2014.

| Recommend ⟨ 1 | Tweet | G+1 0 | 3 |
| --- | --- | --- | --- |

| Discuss | Print |
| --- | --- |

Posted in News on *Wednesday, April 13, 2016 11:50 pm.*

## Stories You Might Like

   

10 Missing People Who Were Eventually Found Alive Decades
Scribol

'America Was Never Great' Hat Leads to Death Threats
The New York Times

JonBenet Ramsey's Murderer Revealed
National Enquirer

Stars You Didn't Know Passed Away
Its The Vibe

Recommended by

## Promoted Stories

- The Spouses of These Famous People Will Leave You Speechless
  History Fanatic
- What Maryann And Ginger Look Like Now Is Insane
  goodmad
- People can't get enough of these tummy control pants from Macy's
  Macys.com
- She Bared It All On Instagram While On Vacation
  Your Daily Dish
- 17 Hottest Photos Of Melania Trump
  LifeDaily
- The 60 Most Embarrassing Celebrity Moments Ever
  Scribol

## Trending Now

- Pearl Harbor veteran returns home
- KU fires teacher who used racial slur during discussion
- Scavenger hunt starts Monday
- Thank you, coaches
- Parsons swimmers ready for state on Friday
- Robbery reported to Parsons police















Recommended by

## A Simple Trick That Could Make Your Credit Card Debt Disappear
**NextAdvisor**

## 8 Natural Sources Of Calcium
**AbsoluteMag**

## 25+ Chilling Photos of Famous Legends
**Time To Break**

## How strong is your heart?
**KoalaQuiz**

Sponsored Links by Taboola



## Rules of Conduct

**1**  **Keep it Clean.**
Please avoid obscene, vulgar, lewd, racist or sexually-oriented language.

**2**  **Don't Threaten or Abuse.**
Threats of harming another person will not be tolerated. AND PLEASE TURN OFF CAPS LOCK.

**3**  **Be Truthful.**
Don't knowingly lie about anyone or anything.

**4**  **Be Nice.**
No racism, sexism or any sort of -ism that is degrading to another person.

**5**  **Be Proactive.**
Use the 'Report' link on each comment to let us know of abusive posts.

**6**  **Share with Us.**
We'd love to hear eyewitness accounts, the history behind an article.



## Welcome to the discussion.

**Screen Name or Email**

**Password**     Forgot?

[ Login ]

**Or, use your linked account:**

[ facebook ]

[ yahoo ]

Need an account? Create one now.



Print comments





## Online Poll

**Who do you think should be the Republican presidential nominee?**

○ Donald Trump

○ John Kasich

○ Ted Cruz

○ Someone else

Vote                                    View Results

## Today's E-Edition



**Popular**    **Commented**    **Facebook Activity**

**Stories**

Seat belt enforcement period begins

Pearl Harbor veteran returns home

Dale F. Pearce

Revenant Labette upsets No. 1 Phoenix at NCJAA nationals

Man faces eavesdropping charges

More

**Photos**

**Videos**

 

    

## Sections

Home
Local News
State and National

## Services

About Us
Contact Us
Subscription Services

## Search

Search

Case 2:16-cv-02349-JWB-ADM    Document 1-5    Filed 05/27/16    Page 7 of 7

parsonssun.com

**Phone number:** 620-421-2000

**E-mail:** news@parsonssun.com

**Address:** 220 S. 18th Street
Parsons, KS 67357

Community
Sports
Opinion
Business Directory
Digital Edition
Classifieds
Subscribe
Chanute Tribune

Submission Forms
Site Index
Add Search Toolbar

Search in:

- ☑ All
- ☐ News
- ☐ Sports
- ☐ State And National News And Sports
- ☐ Community
- ☐ Opinion
- ☐ Photos
- ☐ Video

© Copyright 2016, **Parsons Sun**, Parsons, KS. Powered by BLOX Content Management System from TownNews.com.