# Exhibit F





# 4RE PANORAMIC
## IN-CAR VIDEO WITH INTEGRATED VISTA BODY CAMERA

## THE WHOLE TRUTH

- The **4RE High Definition** in-car video system provides the critical, 3rd person point of view of incidents

- The **Panoramic X2** camera extends the coverage area to include everything in front of the vehicle

- **Secondary** cameras cover the backseat and around the vehicle

- The **Integrated VISTA body camera** adds the officer's perspective and provides video when the officer is away from the vehicle

- **Together, you have the Whole Truth**



**VISTA HD : BODY-WORN CAMERA**

# CAPTURE THE



VISTA HD : BODY-WORN CAMERA

# WATCHGUARD 4RE
## THE INDUSTRY'S #1 CHOICE

WatchGuard 4RE is the largest in-car camera system development effort in the history of the in-car video industry. 4RE substantially outsells all other in-car video systems and wins 85% of competitive evaluations.

WatchGuard Video has been awarded 7 patents from the U.S. Patent Office related to the technology used in the WatchGuard 4RE system plus there are 7 additional patents pending.

Primary HD

Secondary

Panoramic HD

WHOLE TRUTH

# CLARITY WITHOUT COMPROMISE

## MULTIPLE RESOLUTION RECORDING

Recording every incident in High Definition dramatically increases the cost of data storage and the time to wirelessly transfer files.  WatchGuard 4RE uses a patented multiple resolution recording technology to effectively eliminate the extra cost and transfer time associated with High Definition video.



*Actual image from the WatchGuard 4RE HD*

## 4RE = FOUR RESOLUTION ENCODING

WatchGuard 4RE records in both High Definition and a lower resolution simultaneously. Important (*court-bound*) incidents are automatically saved in High Definition (*720p*) while routine events (*usually 95% of recordings*) are automatically saved at the lower resolution (*480p*).

## EVENT CATEGORIES DETERMINE WHICH RESOLUTION IS KEPT

Each agency sets up their own custom list of record event categories and chooses which categories are to be kept in High Definition.  Officers simply select the event type, and the system does the rest.



04

**4RE ELIMINATES THE COMPROMISE BETWEEN RESOLUTION AND FILE SIZE**

# EXPAND THE VIEW – KEEP THE DETAILS

## 4RE PANORAMIC X2 INCLUDES 2 HD CAMERAS





**VISION IS NOT OBSTRUCTED**
Mounts in front of the rear view mirror

### 68° PRIMARY HD CAMERA

- Provides the detailed image
- License plates are legible up to 38 feet
- Built into a rotatable turret to be aimed as needed



**FULL COVERAGE – NO COMPROMISES**



**IMPROVES OFFICER SAFETY**
Only the turret is exposed to aim the primary camera

### HD PANORAMIC STRIP CAMERA

- Covers everything in front of the car
- Fixed position gives pillar to pillar coverage



*Primary: 1280 x 720*

### PANORAMIC IS ONLY KEPT WHEN NEEDED

- The Panoramic camera is normally set to record in the "background"
- After the recording is stopped, officers can choose to "Include" the background recording
- Included camera views are saved and uploaded automatically
- Unsaved background recordings stay on the hard drive for several days
- Record-After-the-Fact can be used to retrieve and upload an unsaved Panoramic view if it is later discovered it was needed
- Since the Panoramic view is only kept when needed, it has very little impact on the total amount of storage required



*Panoramic: 1280 x 240*

05

# SUPERIOR IMAGE QUALITY AVAILABLE WITH 3 HD CAMERA OPTIONS







### ZERO SIGHT-LINE (ZSL) CAMERA

- 68° Field of view
- 16:9 Wide screen aspect ratio
- Zero vision obstruction
- U-WDR 720p
- Completely hides behind the mirror

### HD MINI ZOOM CAMERA

- 57° Max field of view
- 12X Optical zoom
- 16:9 Wide screen aspect ratio
- U-WDR 720p

### PANORAMIC X2 CAMERA

- 68° Primary camera field of view
- 16:9 Wide screen aspect ratio
- Panoramic Strip camera
- 16:3 Ultra-wide screen aspect ratio
- Both cameras are U-WDR 720p



USES 2 SEPARATE EXPOSURES

*Light Exposure*

*Dark Exposure*

*Actual final nighttime video image from 4RE*

### ULTRA-WIDE DYNAMIC RANGE CAMERA TECHNOLOGY

- Dramatically improves video quality
- Much higher nighttime sensitivity
- Eliminates the "Back-light" button
- Perfect exposures even when facing the sun
- Rich colors even in low light conditions

Takes a dark exposure and a light exposure for each frame of video. Keeps dark areas from turning black and bright areas from becoming over-exposed.

06

## SECONDARY CAMERAS

### INFRARED CABIN CAMERA (*INCLUDED*)



- 90° Field of view
- Built-in infrared illumination
- Standard resolution color CCD

### SIDE OR REAR FACING CAMERAS
### (*OPTIONAL*)



- 74° Field of view
- Sony Super HAD color CCD

### VISTA HD BODY WORN CAMERA
### (*OPTIONAL*)



- 720p High Definition
- LCD Information display
- Includes docking base

# VISTA



## SIMPLY SUPERIOR  WEARABLE CAMERA

- The highest quality wearable camera
  - Cast magnesium
  - Polyurethane rubber
  - Military grade, ultra-hard resin
  - Industrial-grade electronic components
- Up to 9 hours of continuous HD recording
- High Fidelity audio and U-WDR 720p HD video
- Includes Record-After-the-Fact
- Docking base for automatic Dock & Go uploads
- Revolutionary Locking Chest Mount



**SIMPLE TO USE
EASY TO UNDERSTAND**

### VISTA INTEGRATES WITH 4RE

- VISTA recordings are automatically linked to 4RE in-car video recordings
- VISTA automatically becomes an additional camera view within the 4RE recording

07

# INTUITIVE 4.3" TOUCH SCREEN DISPLAY



*Actual Size*

Direct access keys for all primary functions make operation quick and simple. The beautiful graphical user interface makes 4RE easy to understand.



**COMPUTER INTEGRATION OPTION**

The WatchGuard 4RE system can be integrated with a mobile data computer with the optional 4RE Mobile App.

08



## MULTI-CAMERA SPLIT SCREEN

- The screen layout automatically changes to optimally display the active cameras
- Individual cameras can be isolated for full screen viewing

---

The standard 4RE system can record and display 3 cameras simultaneously.

- Primary HD camera
- HD Panoramic Strip camera
- Infrared Cabin camera

---

With the optional 4RE Expansion Card, the system can simultaneously record and display 6 cameras to provide a full 360° view around the car.

- Primary HD camera
- HD Panoramic Strip camera
- 4 Additional standard resolution cameras
  - Infrared Cabin camera
  - 2 Side view cameras
  - 1 Rear view camera

# HiFi WIRELESS MICROPHONE

## HEAR WHAT YOU'VE BEEN MISSING!

**NEAR CD AUDIO QUALITY**
3X Better frequency response

**1-2 MILES OF RANGE (LINE OF SIGHT)**
Maintain audio through buildings
(*high power, 900 MHz*)

**EXTRAORDINARY BATTERY LIFE**
1 Week of typical use on a
single charge

**CONTINUOUS TALK TIME**
12-30 Hours
(*dependent on distance*)

**INTELLIGENT STANDBY**
Up to 25 days (*patented*)

**RECHARGE TIME**
2.5 Hours
(*charges whether it's turned
off or left on*)

**TYPICAL USAGE**
1 Week of use on a single charge




### 1ST AND ONLY HIGH FIDELITY MIC FOR LAW ENFORCEMENT



Built-in acoustic foam
wind barrier

The spring loaded slider
switch can manually
activate the mic or
temporarily mute the
audio

Rubber-overmolded
corners protect the mic if
it's dropped

*Actual Size*



**iPOD® BATTERY**

Uses the exact same Lithium
Polymer rechargeable battery and
connector used in the iPod Classic

*\* "iPod" is a registered trademark of
Apple Inc.*

**BACK-LIT LCD STATUS DISPLAY**



**INCLUDES 2 CLIPS**



Rotatable Alligator Clip

Duty Belt Clip

09

# DUAL DRIVE ARCHITECTURE

## INTEGRATED SOLID STATE HARD DRIVE AND REMOVABLE USB FLASH DRIVE



*CERTIFIED to MIL SPEC STANDARDS (MIL STD 810-F)*

### REDUNDANT RECORDING

- Video is continuously recorded to the internal Solid State Hard Drive (*SSHD*)
- Active recordings are written to both the internal hard drive and the USB Flash Drive
- Continues to record even if the USB Flash Drive is full or missing
- Continues to record even during playback
- True industrial grade SSHD operates from -40°*F* to +185°*F*
- Integrated crash detection
- Integrated GPS for speed & location

*4RE is the ONLY product on the market with a SECURE manual transfer option. Every other system leaves your agency exposed to the risk of data loss during manual transfers.*



**FULLY SECURED USB FLASH DRIVE**



For easy access, the USB device automatically swings out 90° when the door is unlocked.

- Physical Security – Locked behind a cast zinc door
- USB Data Security – USB data encryption with Evidence Library
- Redundant Security – The video files are backed up on the hard drive

*Any standard thumb drive can be used as long as it fits inside the drive bay.*

10

# RECORD-AFTER-THE-FACT™



**THE POWER TO GO BACK IN TIME AND RECORD AN EVENT AFTER IT HAPPENED**



WatchGuard's Record-After-the-Fact has already been used to avoid countless lawsuits and solve hundreds of crimes, including many homicides.

- Vindicates officers
- Provides crucial video for investigations
- It's the ultimate safety net



RECORD AFTER THE FACT™

**NEVER MISS A CRITICAL INCIDENT AGAIN!**

With 4RE, you never have to worry if the system recorded an important incident or not because 4RE is always recording to the hard drive (*often called "Background Recording"*).

When something important happens that was not part of a normal triggered event, use Record-After-the-Fact to create a new incident recording from what happened in the past.

- Background recorded video is continuously looped on the hard drive
- Background video is typically available for the previous 2-3 shifts
- Just enter a start and a stop point to create a new event from the background video
- The new event will be uploaded and managed just like normal triggered events

*Record-After-the-Fact is Patent Pending*

# AUTOMATIC WIRELESS UPLOADS

### SEAMLESS AND COMPLETELY "HANDS FREE"

The WatchGuard 4RE automatically handles everything for the officer. It automatically locates the desired wireless network(s), authenticates, and uploads all content to the WatchGuard Evidence Library Server with no help from the officer.

- Wireless uploads are fully automatic
- New configurations are pushed to the DVR automatically
- Automatic DVR firmware updates are wirelessly deployed
- Automatically updates camera and microphone firmware

### INTELLIGENT UPLOAD MANAGEMENT

- Automatically manages partial uploads and "drive offs"
- Automatically reconciles partial uploads sent through separate substations
- Automatically prioritizes critical recording

### SYSTEM SHUT DOWN IS AUTOMATIC

- Shutting the vehicle down triggers multiple programmable timers
- Switches to a low power mode during wireless uploading
- Automatically powers down DVR when uploads are complete

12



**4RE's Industrial grade 802.11n radio achieves real-world transfer speeds fast enough to upload an hour of video in less than 3 minutes.**



# LIVE VIDEO STREAMING

The optional Watch Commander live video streaming application enables agencies to securely view the live video and audio from wirelessly connected WatchGuard 4RE camera systems.  View any camera, vehicle status, meta-data, GPS coordinates and more.



## BUILT-IN HARDWARE SUPPORT

4RE outputs additional video streams that are optimized for lower bandwidth connections without sacrificing any high resolution recordings.

## MOBILE ACCESS

Using a secure connection, Watch Commander can be viewed on mobile devices, such as iPads, tablets, and phones.



13

# EVIDENCE LIBRARY 4 WEB WITH CLOUD-SHARE



*The best user interface of any evidence management platform*

## THE INDUSTRY LEADING ENTERPRISE-CLASS, WEB-BASED EVIDENCE MANAGEMENT PLATFORM

- Locate, play, export, share and manage video from 4RE and VISTA cameras
- Includes integrated case management for all types of digital evidence
- Comprehensive device management for your fleet of 4RE and VISTA cameras
- Comprehensive management of the life-cycle of your evidence
- Massively scalable, supports 1,000's of simultaneous users
- Extensive flexibility of security, evidence, and fleet management
- Includes DVD robot management
- Windows based with Microsoft SQL Server databases
- Integrates with Active Directory
- On-premise data storage provides the quickest access to video evidence

## WEB-BASED MEDIA PLAYER



- 4RE recordings are non-proprietary and play in most media players
- Playback begins immediately - before the entire file is uploaded
- Jump to and play from any point during the upload
- Graphically view the meta-data
- Built-in event trimming tool creates short clips of key moments

14





- Securely share your evidence with attorneys, the media, or defendants in seconds
- Eliminates the need to create DVDs when sharing evidence
- Issue time-expiring, secure links to video recordings or case files
- Control the ability to play recordings on-line, download, or re-share
- Securely stored in the cloud using a Microsoft Azure Government CJIS Compliant Data center
- Share in-car video, body worn video, and other digital evidence together in one step
- Easily control who can share evidence and with whom they can share it
- Get the benefits of cloud technology without losing control of your evidence









### INTEGRATED CASE MANAGEMENT

Manages all digital evidence assets (JPEGs, docs, other videos, reports, etc.)

*\* Evidence Library 4 Web will be available in Q4 2015*

### DETAILED AND SEARCHABLE AUDIT LOGS

Every touch or activity updates the audit logs

### ADVANCED EXPORTING

Convert recordings to additional formats (DVD-Video, AVI, WMV, MPEG-2)

### AUTOMATIC LINKING OF 4RE AND VISTA RECORDINGS

VISTA recordings automatically become another camera view within the 4RE recording.

15

# EVIDENCE LIBRARY EXPRESS™ (ELX) INCLUDED FREE WITH 4RE

ELX-3 is a full featured, simple to use Video Management System designed for small agencies or distributed State Patrols that do not require wireless uploading or support for remote (or networked) clients.



## VIDEO EVIDENCE MANAGEMENT

Locate or sort recordings by combinations of:

- Officer Name
- Event Type
- Storage Location
- Number of Cameras
- Date or Date Range
- Vehicle or Camera ID
- Recording Duration
- File Size

*Built-in Media Player*

## THE SINGLE PC SOLUTION

ELX-3 allows customers to manage their WatchGuard 4RE and VISTA camera systems and all of the associated video data on a single PC (*without using server computers*).

16



## SUPPORTS MULTIPLE CAR & OFFICER ENVIRONMENTS

ELX-3 can be installed on a centrally located single PC where multiple officers can access and upload their video from their 4RE's USB flash drives and VISTA's USB docking bases.



## SECURE USB FLASH DRIVE TRANSFER

- Utilizes the USB Flash Drive to transfer files from the car to the PC
- Once recordings are transferred, a transfer confirmation file is placed on the USB drive
- After the USB drive is re-inserted into 4RE, the recordings that are confirmed to have been transferred will be overwritten
- If the transfer confirmation files are not received, 4RE will automatically copy any untransferred files onto the next USB drive

**SINCE THE USB DRIVE IS A REDUNDANT COPY OF THE RECORDINGS, THERE IS NO RISK OF LOSING EVIDENCE SHOULD THE FLASH DRIVE BE LOST OR DAMAGED.**

## ACCESS SECURITY

Access to video is restricted to authorized personnel. Control the level of permissions you give each user by roles:

- Administrator
- Supervisor
- Evidence Custodian
- Users (Officers)

## DVR CONFIGURATOR

ELX-3 manages your fleet of 4RE and VISTA cameras and uses the USB flash drive to transfer configuration files and firmware updates from ELX-3 to 4RE.



17



**4RE*m* MOTORCYCLE**

The 4RE*m* Motorcycle system features a cast aluminum waterproof and sunlight readable display and a waterproof bullet shaped camera.



**4RE INTERVIEW ROOM**

The 4RE Interview Room system features covert cameras, a lighted easy-on wall switch, and live remote viewing.

# PASSIONATE SERVICE

### 24/7 CUSTOMER SUPPORT

At WatchGuard Video we understand that if your camera system is not working properly, the entire vehicle may be taken out-of-service. That is why throughout the history of WatchGuard Video, we have always demonstrated a commitment to provide extraordinary service and support; including 24/7 after hours emergency support.

### ADVANCED REPLACEMENTS

Most companies agree to repair hardware that fails while under the warranty period, but that often takes weeks.  Waiting weeks for your camera to be repaired is time you cannot afford.  The WatchGuard warranty provides for an immediate replacement of defective hardware.  Advanced replacements are usually shipped within 24 hours (one business day) and WatchGuard does not make you wait until the defective component is returned before the replacement is shipped.  With WatchGuard, you get reduced downtime.

### BETTER COVERAGE

Other factory warranties exclude the most common failure points; cables and batteries. WatchGuard's factory hardware warranty coverage plans range from 1-5 years in length and the warranty covers all parts, including removable media, batteries and cables.

### CREATING RAVING FANS

The WatchGuard Customer Service Team goes beyond merely honoring a product warranty – they strive to create raving fans.

*To learn more about our passionate 24/7 service, please just ask some of our customers.*

**WATCHGUARD VIDEO**
415 Century Parkway, Allen, TX 75013

972-423-9777 (Main)
972-423-9778 (Fax)

**WATCHGUARDVIDEO.COM**

**TOLL FREE SALES**
1-800-605-6734

# SIX-MONTH MONEY-BACK GUARANTEE

WatchGuard Video is so confident that your agency will be satisfied with the WatchGuard® 4RE™ system, we are extending an unprecedented six-month money-back guarantee, provided our implementation guidelines are followed.

### FACTORY GUARANTEED IMPLEMENTATION GUIDELINES:

### EVIDENCE LIBRARY EXPRESS IMPLEMENTATIONS REQUIRE

- WatchGuard 4RE hardware to be installed as recommended
- WatchGuard training for administrators and user trainers
- The computer running ELX-3 to meet the recommended specifications

### EVIDENCE LIBRARY 4 WEB IMPLEMENTATIONS REQUIRE

- WatchGuard 4RE hardware to be installed as recommended
- WatchGuard training for administrators and user trainers
- WatchGuard provided in-car wireless radios and antennas are used
- WatchGuard provided access points are used and installed as recommended
- Server computer(s) meet the recommended specifications
- On-site software installation and configuration is performed by WatchGuard
- Agency controlled VPN access for WatchGuard Customer Service is present

### OUR PROMISE

We guarantee that the WatchGuard 4RE system, when sold as a "Factory Guaranteed Implementation," will work effectively and your agency will be satisfied.  Within the first six months of purchase, if you find that the WatchGuard 4RE system is unable to perform as intended and our support team cannot resolve the issue, WatchGuard Video will refund your money.

Robert Vanman,  Chief Executive Officer

**WatchGuard® 4RE™ is proudly made in the USA**



WatchGuard Video
415 Century Parkway
Allen, TX 75013

WatchGuardVideo.com    1.800.605.6734