# Exhibit I


US008781292C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (10796th)

# United States Patent
## Ross et al.

(10) **Number:** US 8,781,292 C1
(45) **Certificate Issued:** Jan. 14, 2016

(54) **COMPUTER PROGRAM, METHOD, AND SYSTEM FOR MANAGING MULTIPLE DATA RECORDING DEVICES**

(71) Applicant: **Digital Ally, Inc.**, Lenexa, KS (US)

(72) Inventors: **Stanton E. Ross**, Overland Park, KS (US); **Troy D. Bowlin**, Odessa, MO (US); **Matthew R. Andrews**, Lenexa, KS (US)

(73) Assignee: **HUDSON BAY MASTER FUND LTD.**, New York, NY (US)

**Reexamination Request:**
No. 90/013,489, Apr. 16, 2015

**Reexamination Certificate for:**
Patent No.: **8,781,292**
Issued: **Jul. 15, 2014**
Appl. No.: **14/040,233**
Filed: **Sep. 27, 2013**

### Related U.S. Application Data

(63) Continuation of application No. 13/967,151, filed on Aug. 14, 2013.

(51) **Int. Cl.**
*H04N 5/77* (2006.01)
*H04N 5/76* (2006.01)
*G11B 27/34* (2006.01)

(52) **U.S. Cl.**
CPC . *H04N 5/76* (2013.01); *G11B 27/34* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,489, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Jalatee Worjloh

(57) **ABSTRACT**

A multiple recording device management system including an intermediate multiple recording device managing apparatus, a vehicle recording device mounted in a police vehicle and synced to the managing apparatus, and a personal recording device carried by a police officer and wirelessly synced to the managing apparatus. The managing apparatus is operable to detect when the vehicle recording device, personal recording device, or any other synced device in range has begun recording and to transmit a communication signal to any synced recording device in range indicating that the recording device should begin recording and to further transmit a time stamp to synced recording devices for corroborating recorded data.



# EX PARTE REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-20** are determined to be patentable as amended.

New claims **21-59** are added and determined to be patentable.

1. A *multiple* recording device [manager for use in a multiple recording device] management system, [the recording device manager] comprising:

[a controller] *a recording device manager* including at least one receiver and at least one transmitter[.];

*a first recording device communicatively coupled with the recording device manager,*

wherein said at least one receiver is [operable] *configured* to receive a first communication signal from [a] *the* first recording device indicating the first recording device [is recording or has been instructed] *has received an instruction initiated by a first law enforcement officer* to record a first set of record data related to an event,

wherein the first recording device includes a first input for receiving the first set of record data, and wherein the received first set of record data is recorded on a first computer-readable medium associated with the first recording device[.]*; and*

*a second recording device communicatively coupled with the recording device manager,*

wherein said at least one transmitter is [operable] *configured* to transmit a second communication signal to [a] *the* second recording device instructing the second recording device to begin recording a second set of record data related to the event,

wherein the second recording device includes a second input for receiving the second set of record data, and wherein the received second set of record data is recorded on a second computer-readable medium associated with the second recording device,

wherein the first recording device is different from the second recording device, such that the first set of record data recorded by the first recording device is different than the second set of record data recorded by the second recording device,

wherein the second communication signal is transmitted to the second recording device in response to the *at least one* receiver *of the recording device manager* receiving the first communication signal from the first recording device indicating the first recording device [is recording or has been instructed] *has received said instruction initiated by the first law enforcement officer* to record, such that the recording device manager insures the first recording device records the first set of record data using the first input, and the second recording device records the second set of record data using the second input, *wherein one of the first recording device and the second recording device is configured to be mounted on or car-*

ried by one of the first law enforcement officer and a second law enforcement officer.

2. The *multiple* recording device [manager] *management system* of claim **1**, wherein the recording device manager is [operable] *configured* to be pre-synced with predetermined recording devices, is [operable] *configured* to compare a recording device identifier of a recording device with identifiers in a list of pre-synced recording devices, and is [operable] *configured* to selectively transmit communications only to the predetermined recording devices.

3. The *multiple* recording device [manager] *management system* of claim **1**, wherein the recording device manager includes at least one universal serial bus (USB) port for connecting the recording device manager to an external computer.

4. The *multiple* recording device [manager] *management system* of claim **1**, wherein *one or both of the first communication signal and* the second communication signal is encrypted.

5. The *multiple* recording device [manager] *management system* of claim **1**, wherein the recording device manager is communicatively coupled to the first recording device via a control area network (CAN) bus.

6. The *multiple* recording device [manager] *management system* of claim **1**, [further comprising] *said recording device manager having* an indicator [for indicating whether] *configured to indicate* the [management system] *recording device manager* is operating in a low power mode [or a power on mode].

7. The *multiple* recording device [manager] *management system* of claim **1**, [further comprising:] *wherein the recording device manager includes* a plurality of indicators[;] and an input [such as a switch or button operable to] *that when activated* temporarily [disable] *disables* the *plurality of* indicators [so that] *to place* the recording device manager [enters] *in* a covert mode [when the input is activated].

8. The *multiple* recording device [manager] *management system* of claim **1**, wherein *one of* the *first set of record data and the second set of* record data is selected from [a] *the* group consisting of video images, [and] audio recordings, *and metadata.*

9. The *multiple* recording device [manager] *management system* of claim **1**, wherein the recording device manager has a wireless communication range, and the recording device manager is [operable] *configured* to transmit the second communication signal to the second recording device upon the second recording device being within the wireless communication range.

10. The *multiple* recording device [manager] *management system* of claim **9**,

wherein the recording device manager is [operable] *configured* to receive a third communication signal from the first recording device indicating that the first recording device has [been manually instructed] *received an instruction initiated by the first law enforcement officer* to stop recording, and

wherein upon receiving the third communication signal, the recording device manager *is configured to* [transmit] *transmits* to the second recording device a fourth communication signal instructing the second recording device [that it may] *to* stop recording.

11. The *multiple* recording device [manager] *management system* of claim **10**, wherein the recording device manager has at least one parameter that is variable and that is [operable] *configured* to be changed via one or both of the first and second recording devices.

**3**

12. A recording device manager for use in a multiple recording device system, the recording device manager comprising:

a controller including at least one receiver and at least one transmitter; and

an internal clock,

wherein said at least one receiver is [operable] *configured* to receive a first communication signal from a first recording device indicating the first recording device [is recording or has been instructed] *has begun recording, in response to a triggering event, a first set of record data related* to [record] an event,

wherein said at least one transmitter is [operable] *configured* to transmit a second communication signal to a second recording device instructing the second recording device to begin recording *a second set of record data related to* the event,

wherein the second communication signal is transmitted to the second recording device in response to the *at least one* receiver receiving the first communication signal from the first recording device indicating the first recording device [is] *has begun* recording [or has been instructed to record] *in response to said triggering event*, such that the recording device manager insures the first and second recording devices both record the event,

wherein said controller is [operable] *configured* to obtain a time reading from the internal clock and create a time stamp corresponding to the time reading,

wherein [the] *said at least one* transmitter is [operable] *configured* to transmit a first time stamp to the first recording device corresponding to a specific time reading for a first item of recorded data,

wherein [the] *said at least one* transmitter is [operable] *configured* to transmit a second time stamp to the second recording device corresponding to said specific time reading for a second item of recorded data, wherein said first and second items of recorded data occurred at the same time, and

wherein as a result of the first and second time stamps *each* identifying [the same] *said* specific time reading, said first item of recorded data recorded by the first recording device has the same time stamp as said second item of recorded data recorded by the second recording device [so as] to correlate the respective particular items of recorded data between the first and second recording devices.

13. The recording device manager of claim 12, wherein the recording device manager is [operable] *configured* to be pre-synced with predetermined recording devices, is [operable] *configured* to compare a recording device identifier of a recording device with identifiers in a list of pre-synced recording devices, and is [operable] *configured* to selectively transmit communications only to the predetermined recording devices.

14. The recording device manager of claim 12, wherein the controller is [further operable] *configured to instruct the at least one transmitter* to transmit a first unique serial number to the first recording device and a second unique serial number to the second recording device when the controller transmits the respective time stamps to the recording devices, the first and second unique serial numbers being identical and indicating that the recording device manager is [the] *a* source of the time stamps [so that] *to verify* an accurateness of the correlation between the first and second recording devices [can be verified].

15. The recording device manager of claim 14, wherein the *controller is configured to instruct the at least one* transmitter

**4**

[is operable] to transmit metadata to the first and second recording devices, such metadata selected from the group consisting of: identification of [a] *said* source of the time [stamp] *stamps,* [a] *identification of said* triggering event, a date, and a location of the recording device manager.

16. The recording device manager of claim 12, wherein the recording device manager has a wireless communication range, and the recording device manager is [operable] *configured to instruct the at least one transmitter* to transmit the second communication signal to the second recording device upon the second recording device being within the wireless communication range.

17. The recording device manager of claim 16,

wherein the [recording device manager is operable] *at least one receiver is configured* to receive a third communication signal from the first recording device indicating that the first recording device has [been manually instructed] *received an instruction initiated by a law enforcement officer* to stop recording, and

wherein upon receiving the third communication signal, the [recording device manager transmits] *controller is configured to instruct the at least one transmitter to transmit* to the second recording device a fourth communication signal instructing the second recording device [that it may] *to* stop recording.

18. A non-transitory computer readable storage medium having a computer program stored thereon for managing multiple recording devices, wherein the computer program instructs [a] *at least one* processor to perform the following steps:

receive, by a recording device manager, a first communication signal from a first recording device indicating the first [is recording or has been instructed] *has received an instruction initiated by a first law enforcement officer* to record a first set of record data related to an event,

wherein the first recording device includes a first input for receiving the first set of record data, and wherein the received first set of record data is recorded on a first computer-readable medium associated with the first recording device; and

transmit, by the recording device manager, a second communication signal to a second recording device instructing the second recording device to begin recording a second set of record data related to the event,

wherein the second recording device includes a second input for receiving the second set of record data, and wherein the received second set of record data is recorded on a second computer-readable medium associated with the second recording device,

wherein the first recording device is different from the second recording device, such that the first set of record data recorded by the first recording device is different than the second set of record data recorded by the second recording device,

wherein the second communication signal is transmitted to the second recording device in response to *the recording device manager* receiving the first communication signal from the first recording device indicating the first recording device [is recording or has been instructed] *has received said instruction initiated by the first law enforcement officer* to record, such that the recording device manager insures the first recording device records the first set of record data using the first input and the second recording device records the second set of recording data using the second input,

*wherein one of the first recording device and the second recording device is configured to be mounted on or car-*

ried by one of the first law enforcement officer and a second law enforcement officer.

19. The computer readable storage medium of claim 18, wherein the *computer program instructs the at least one* processor [is further operable] to perform the steps of:

obtain, by the recording device manager, a time reading from an internal clock associated with the recording device manager;

create, by the recording device manager, a time stamp corresponding to the time reading;

transmit, by the recording device manager, a first time stamp to the first recording device corresponding to a specific time reading for a first item of recorded data; and

transmit, by the recording device manager, a second time stamp to the second recording device corresponding to said specific time reading for a second item of recorded data,

wherein said first and second items of recorded data occurred at the same time, and

wherein as a result of the first and second time stamps *each* identifying [the same] *said* specific time reading, said first item of recorded data recorded by the first recording device has the same time stamp as said second item of recorded data recorded by the second recording device [so as] to correlate the respective particular items of recorded data between the first and second recording devices.

20. The computer readable storage medium of claim 18, wherein *one of the first set of record data and the second set of* record data is selected from [a] *the* group consisting of video images, [and] audio recordings, *and metadata.*

21. The computer readable storage medium of claim 18, *wherein one of said first set of record data and said second set of record data is metadata associated with the event.*

22. The computer readable storage medium of claim 18, *said recording device manager having an indicator configured to indicate the recording device manager is operating a low power mode.*

23. The computer readable storage medium of claim 18, *wherein the recording device manager includes a plurality of indicators and an input that when activated temporarily disables the plurality of indicators to place the recording device manager in a covert mode.*

24. The computer readable storage medium of claim 18, *wherein one of the first recording device and the second recording device is associated with a GPS receiver and is configured to store location data derived from the GPS receiver and associated with the event.*

25. The computer readable storage medium of claim 18, *wherein one or both of the first and second communication signals is encrypted.*

26. The computer readable storage medium of claim 18, *wherein the one of the first recording device and the second recording device configured to be mounted on or carried by the one of the first law enforcement officer and the second law enforcement officer is configured to be worn on a shirt of the one of the first law enforcement officer and the second law enforcement officer.*

27. The computer readable storage medium of claim 18, *wherein another of the first recording device and the second recording device is configured to be mounted in a law enforcement vehicle.*

28. The computer readable storage medium of claim 18, *wherein the first recording device is configured to be mounted on or carried by the first law enforcement officer, and the second recording device is configured to be mounted on or carried by the second law enforcement officer.*

29. The multiple recording device management system of claim 1, wherein one of the first recording device and the second recording device is associated with a GPS receiver and is configured to store location data derived from the GPS receiver and associated with the event.

30. The multiple recording device management system of claim 1, wherein the one of the first recording device and the second recording device configured to be mounted on or carried by the one of the first law enforcement officer and the second law enforcement officer is configured to be worn on a shirt of the one of the first law enforcement officer and the second law enforcement officer.

31. The multiple recording device management system of claim 1, wherein another of the first recording device and the second recording device is configured to be mounted in a law enforcement vehicle.

32. The multiple recording device management system of claim 1, wherein the first recording device is configured to be mounted on or carried by the first law enforcement officer, and the second recording device is configured to be mounted on or carried by the second law enforcement officer.

33. The recording device manager of claim 12, further including an indicator configured to indicate the recording device manager is operating in a low power mode.

34. The recording device manager of claim 12, further including a plurality of indicators and an input that when activated temporarily disables the plurality of indicators to place the recording device manager in a covert mode.

35. The recording device manager of claim 12, wherein one or both of the first and second communication signals is encrypted.

36. A multiple recording device management system, comprising:

a recording device manager including at least one receiver and at least one transmitter;

a first recording device communicatively coupled with the recording device manager,

wherein said at least one receiver is configured to receive a first communication signal from the first recording device indicating the first recording device has begun recording, in response to a triggering event, a first set of record data related to an event,

wherein said triggering event is selected from the group consisting of: an instruction initiated by a first law enforcement officer for the first recording device to record; an activation, by the first law enforcement officer, of a data recording device communicatively coupled with the recording device manager; activation of a law enforcement vehicle's siren; activation of said law enforcement vehicle's signal lights; activation of said law enforcement vehicle's spotlight; and a vehicle crash event,

wherein the first recording device includes a first input for receiving the first set of record data, and wherein the received first set of record data is recorded on a first computer-readable medium associated with the first recording device; and

a second recording device communicatively coupled with the recording device manager,

wherein said at least one transmitter is configured to transmit a second communication signal to the second recording device instructing the second recording device to begin recording a second set of record data related to the event,

wherein the second recording device includes a second input for receiving the second set of record data, and wherein the received second set of record data is

recorded on a second computer-readable medium associated with the second recording device,

wherein the first recording device is different from the second recording device, such that the first set of record data recorded by the first recording device is different than the second set of record data recorded by the second recording device,

wherein the second communication signal is transmitted to the second recording device in response to the at least one receiver of the recording device manager receiving the first communication signal from the first recording device indicating the first recording device has begun recording in response to said triggering event, such that the recording device manager insures the first recording device records the first set of record data using the first input, and the second recording device records the second set of record data using the second input,

wherein one of the first recording device and the second recording device is configured to be mounted on or carried by one of the first law enforcement officer and a second law enforcement officer.

37. The multiple recording device management system of claim 36, wherein the triggering event is at least one of said activation of said law enforcement vehicle's siren, said activation of said law enforcement vehicle's signal lights, and said activation of said law enforcement vehicle's spotlight and said triggering event is initiated b the first law enforcement officer.

38. The multiple recording device management system of claim 36,

wherein said triggering event is said activation, by the first law enforcement officer, of said data recording device communicatively coupled with the recording device manager, and

wherein data recorded by said data recording device is metadata associated with the event.

39. The multiple recording device management system of claim 36, wherein one of said first set of record data and said second set of record data is metadata associated with the event.

40. The multiple recording device management system of claim 36, said recording device manager having an indicator configured to indicate the recording device manager is operating in a low power mode.

41. The multiple recording device management system of claim 36, wherein the recording device manager includes a plurality of indicators and an input that when activated temporarily disables the plurality of indicators to place the recording device manager in a covert mode.

42. The multiple recording device management system of claim 36, wherein one of the first set of record data and the second set of record data is selected from the group consisting of video images, audio recordings, and metadata.

43. The multiple recording device management system of claim 36, wherein one of the first recording device and the second recording device is associated with a GPS receiver and is configured to store location data derived from the GPS receiver and associated with the event.

44. The multiple recording device management system of claim 36, wherein one or both of the first and second communication signals is encrypted.

45. The multiple recording device management system of claim 36, wherein the one of the first recording device and the second recording device configured to be mounted on or carried by the one of the first law enforcement officer and the second law enforcement officer is configured to be worn on a

shirt of the one of the first law enforcement officer and the second law enforcement officer.

46. The multiple recording device management system of claim 36, wherein another of the first recording device and the second recording device is configured to be mounted in said law enforcement vehicle.

47. The multiple recording device management system of claim 36, wherein the first recording device is configured to be mounted on or carried by the first law enforcement officer, and the second recording device is configured to be mounted on or carried by the second law enforcement officer.

48. A non-transitory computer readable storage medium having a computer program stored thereon for managing multiple recording devices, wherein the computer program instructs at least one processor to perform the following steps:

receive, by a recording device manager, a first communication signal from a first recording device indicating the first recording device has begun recording, in response to a triggering event, a first set of record data related to an event,

wherein said triggering event is selected from the group consisting of: an instruction initiated by a first law enforcement officer for the first recording device to record; an activation, by the first law enforcement officer, of a data recording device communicatively coupled with the recording device manager; activation of a law enforcement vehicle's siren; activation of said law enforcement vehicle's signal lights; activation of said law enforcement vehicle's spotlight; and a vehicle crash event,

wherein the first recording device includes a first input for receiving the first set of record data, and wherein the received first set of record data is recorded on a first computer-readable medium associated with the first recording device; and

transmit, by the recording device manager, a second communication signal to a second recording device instructing the second recording device to begin recording a second set of record data related to the event,

wherein the second recording device includes a second input for receiving the second set of record data, and wherein the received second set of record data is recorded on a second computer-readable medium associated with the second recording device,

wherein the first recording device is different from the second recording device, such that the first set of record data recorded by the first recording device is different than the second set of record data recorded by the second recording device,

wherein the second communication signal is transmitted to the second recording device in response to the recording device manager receiving the first communication signal from the first recording device indicating the first recording device has begun recording in response to said triggering event, such that the recording device manager insures the first recording device records the first set of record data using the first input, and the second recording device records the second set of record data using the second input,

wherein one of the first recording device and the second recording device is configured to be mounted on or carried by one of the first law enforcement officer and a second law enforcement officer.

49. The computer readable storage medium of claim 48, wherein the triggering event is at least one of said activation of said law enforcement vehicle's siren, said activation of

said law enforcement vehicle's signal lights, and said activation of said law enforcement vehicle's spotlight, and said triggering event is initiated by the first law enforcement officer.

50. The computer readable storage medium of claim 48, wherein said triggering event is said activation, by the first law enforcement officer, of said data recording device communicatively coupled with the recording device manager, and

wherein data recorded by said data recording device is metadata associated with the event.

51. The computer readable storage medium of claim 48, wherein one of said first set of record data and said second set of record data is metadata associated with the event.

52. The computer readable storage medium of claim 48, said recording device manager having an indicator configured to indicate the recording device manager is operating a low power mode.

53. The computer readable storage medium of claim 48, wherein the recording device manager includes a plurality of indicators and an input that when activated temporarily disables the plurality of indicators to place the recording device manager in a covert mode.

54. The computer readable storage medium of claim 48, wherein one of the first set of record data and the second set of record data is selected from the group consisting of video images, audio recordings, and metadata.

55. The computer readable storage medium of claim 48, wherein one of the first recording device and the second recording device is associated with a GPS receiver and is configured to store location data derived from the GPS receiver and associated with the event.

56. The computer readable storage medium of claim 48, wherein one or both of the first and second communication signals is encrypted.

57. The computer readable storage medium of claim 48, wherein the one of the first recording device and the second recording device configured to be mounted on or carried by the one of the first law enforcement officer and the second law enforcement officer is configured to be worn on a shirt of the one of the first law enforcement officer and the second law enforcement officer.

58. The computer readable storage medium of claim 57, wherein another of the first recording device and the second recording device is configured to be mounted in said law enforcement vehicle.

59. The computer readable storage medium of claim 57, wherein the first recording device is configured to be mounted on or carried by the first law enforcement officer, and the second recording device is configured to be mounted on or carried by the second law enforcement officer.

\* \* \* \* \*