# Exhibit J



## VISTA WIFI BODY CAMERA

## SYNCHRONIZED BODY-WORN AND IN-CAR CAMERAS

Capture a single incident using multiple synchronized body-worn and in-car cameras. The VISTA™ WiFi High-Definition body camera with Distributed Multi-Peer Recording™ technology leapfrogs today's one-directional triggering of a recording by a single in-car or remote device. Now, multiple cameras can intelligently collaborate in a group recording of a single incident, strengthening case evidence through synchronized video from multiple vantage points.

## DISTRIBUTED MULTI-PEER RECORDING™



(http://watchguardvideo.com/wp-content/uploads/2016/04/VistaWifiDMP.jpg)

WatchGuard's Distributed Multi-Peer Recording™ technology distributes decision-making to in-car and body-worn cameras, giving any officer on the team the power to initiate a group recording in which all cameras begin capturing high-quality, synchronized video evidence.

## REQUEST MORE INFORMATION

First *

Last *

Agency Name *

State *

Email *

Phone

**SUBMIT**



(http://watchguardvideo.com/wp-content/uploads/2015/10/Vista-Clip-3D-1333x1361.png)

*The industry's Best Body Mounting Solution*

▦    WATCH SAMPLE VISTA FOOTAGE (/TAG/VISTA)

ℹ    LEARN ABOUT VISTA (HTTP://WATCHGUARDVIDEO.COM/VIDEO-GALLERY/VISTA-BODY-WORN-CAMERA)

ℹ    MOUNTING OPTIONS (HTTP://WATCHGUARDVIDEO.COM/VISTA/BODY-CAMERA-MOUNTS)

⬇    DOWNLOAD VISTA WIFI DATA SHEET (HTTP://ASSETS.WATCHGUARDVIDEO.NETDNA-CDN.COM/WP-CONTENT/UPLOADS/2016/04/VISTA-WIFI-PRODUCT-DATA-SHEET.PDF)

## VISTA WIFI | FEATURES

**INTELLIGENT GROUP RECORDING:** When any officer or vehicle in the group initiates a recording, the other cameras in the group sense a change in status and immediately begin recordings.

**SIMPLE USE:** One-touch recording, customizable alerts and colored LED indicators make VISTA WiFi easy to understand and use.

**MANAGEMENT VIA SMART DEVICE:** Manage VISTA WiFi features, view and categorize recorded events, or stream live video using a Wi-Fi enabled SmartConnect™ mobile application.

**SYNCHRONIZED VIDEO MANAGEMENT:** WatchGuard Evidence Library 4 Web™ evidence management system automatically links all the individual recorded events from a group recording for easy searching, viewing and sharing.

**IN-FIELD, ON-CAMERA CATEGORIZATION:** Officers can quickly categorize incidents immediately after recording using the on-camera backlit LCD screen.

**RECORD AFTER THE FACT:** Easily recover and categorize incidents from VISTA WiFi even when the record button wasn't pressed



HOUSTON POLICE DEPARTMENT BODY ...        Houston Police Department Body ...

( http://watchguardvideo.com/video-gallery/houston-police-department-body-camera-deployment-2 )

( http://watchguardvideo.com/video-gallery/houston-police-department-body-camera-deployment )

| Police Grant Funding Webinar |
| --- |

( http://watchguardvideo.com/video-gallery/police-grant-funding-webinar )

| 2015 Video Compilation – Police Body … |
| --- |

( http://watchguardvideo.com/video-gallery/2015-video-compilation-police-body-camera-and-dashcam )

## VISTA WIFI AND VISTA AT-A-GLANCE

VISTA WiFi adds Wi-Fi (802.11n) and GPS capability to the VISTA body-worn camera. All on-camera functions and methods of operation are the same for both models.

| | VISTA WiFi | VISTA | VISTA |
| --- | --- | --- | --- |
| | Extended Capacity | Extended Capacity | Standard Capacity |
| **Built-In Wi-Fi** | ✓ | | |
| **Built-In GPS** | ✓ | | |
| **Continuous HD Recording** | 9 Hours | 9 Hours | 6 Hours |
| **Continuous SD Recording** | 10 Hours | 10 Hours | 6.7 Hours |
| **Size** | 3″H x 1.9″W x 1.3″D | 3″H x 1.9″W x 1.3″D | 3″H x 1.9″W x 0.9″D |
| **Weight** | 5.3 Ounces | 5.3 Ounces | 4.3 Ounces |
| | | Learn More (/vista/overview) | Learn More (/vista/overview) |



(http://watchguardvideo.com/wp-content/uploads/2014/10/vista-isometric-1412x2000.jpg)



(http://watchguardvideo.com/wp-content/uploads/2014/10/vista-front-dock-1344x2000.jpg)



(http://watchguardvideo.com/wp-content/uploads/2014/10/vista-side-1488x2000.jpg)

## THERE'S MORE TO VIDEO THAN JUST RESOLUTION

- 720p HD Resolution (480p Is Selectable)
- 130° Wide Angle Field of View
- Adjustable Lens Rotates 40° for Optimal Aiming from any Mounting Position
- Ultra-Wide Dynamic Range (http://watchguardvideo.com/ultra-wide-dynamic-range) Image Sensor
- Extremely Rich Colors at All Light Levels
- Dramatically Superior Low Light Sensitivity



(http://watchguardvideo.com/wp-content/uploads/2015/01/vista-chestmount-exploded.jpg)

## MULTIPLE MOUNTING OPTIONS AVAILABLE

### Chest Mount – The Industry's Best Body Mounting Solution

- Auto-Aligning Magnetic Undershirt Base
- Front Assembly With Locking Pins
- Comfortable, Convenient, Stable & Secure

### Innovative Quick Release Mounting System

Mounting Options Include:

- Locking Chest Mount
- Rotatable Shirt Clip
- Duty Belt Clip
- Molle Loop Mount
- Velcro® Plate Mount
- Klick Fast® Mount
- Tripod Mount
- Ram® Mount

---

**ℹ    MOUNTING OPTIONS (HTTP://WATCHGUARDVIDEO.COM/VISTA/BODY-CAMERA-MOUNTS)**

---

## STILL FRAMES FROM VISTA BODY WORN CAMERA RECORDINGS



---

## VISTA DOCKING OPTIONS

# VISTA WIFI BASE

### Integrated In-Car and Body-Worn Systems

The VISTA WiFi Base mounts in a vehicle and provides camera charging and wireless event offload services while acting as a Wi-Fi Access Point, connecting multiple VISTA WiFi body-worn cameras and the 4RE in-car system in a group recording network.



(http://watchguardvideo.com/wp-content/uploads/2016/04/lso-Vista-WiFi-dock-1500x1000.jpg)

# USB DOCKING BASE

### Ideal for Individual Officer Use

The perfect solution for individual officer use, providing camera charging and uploading of video to Evidence Library Express or Evidence Library 4 Web.

A USB hub can be used to connect multiple USB Docking Bases to a single computer. 1GB of data can be transferred in 90 seconds and cameras charge completely in 4 hours.



(http://watchguardvideo.com/wp-content/uploads/2015/11/vista-dock-1500x1000.jpg)

# ETHERNET TRANSFER STATION

**Large, Multi-Location Agencies**
Built for large, multi-location agencies, the transfer station attaches directly to your local area network for the fastest offload and transfer of recorded events to storage.

Each station can accommodate offload and charging services for (8) VISTA cameras simultaneously. Dozens of stations can be connected together and mounted in an industry-standard equipment rack, providing a high-density solution for locations supporting a large number of officers.



Free Police Grant Funding Information: 2016 Grant Funding Guide (/grant-funding-guide) and Grant Funding Webinar (/video-gallery/police-grant-funding-webinar)!

 WatchGuard Video

# HOME

Home Page (/)

# PRODUCTS

Product Lines (http://watchguardvideo.com/products)
4RE (http://watchguardvideo.com/4re/overview)
VISTA (http://watchguardvideo.com/vista/overview)
DV-1 (http://watchguardvideo.com/dv1/overview)
Interview Room (http://watchguardvideo.com/interview/overview)
Motorcycle (http://watchguardvideo.com/4re/4rem)

# VIDEOS

Video Gallery (/videos)

# SUPPORT

Downloads (/downloads)
Online Support (http://cs.watchguardvideo.com/)
Training Class (/dv-1-factory-training-class)
Extended Maintenance Agreement (/maintenance-agreement)

# ABOUT

About Us (/company-profile)
Press (/press)
News (/news)
Leadership (/leadership-profiles)
Careers (/careers)
Privacy Policy (/privacy-policy)
WatchGuard Cares (/cares)
Testimonials (/testimonials)

# CONTACT US

Contact Us (/contact)

(http://watchguardvideo.com/facebook)   (http://watchguardvideo.com/vimeo)   (http://watchguardvideo.com/linkedin)
(http://watchguardvideo.com/youtube)   (http://watchguardvideo.com/twitter)

Select Language   Select Language   Powered by Google Translate (https://translate.google.com)
Powered by Google Translate (https://translate.google.com)

© WatchGuard Video 2016





**OFFICERS RELY ON TEAMWORK TO PERFORM AT THE**

# HIGHEST LEVEL,

**SO SHOULD THEIR CAMERAS.**

## CAPTURE A SINGLE INCIDENT USING MULTIPLE SYNCHRONIZED BODY-WORN AND IN-CAR CAMERAS

The VISTA™ WiFi High-Definition body-worn camera with Distributed Multi-Peer Recording™ technology leapfrogs today's one-directional triggering of a recording by a single in-car or remote device. Now, multiple cameras can intelligently collaborate in a group recording of a single incident, strengthening case evidence through synchronized video from multiple vantage points.

WatchGuard's Distributed Multi-Peer Recording™ technology distributes decision-making to in-car and body-worn cameras, giving any officer on the team the power to initiate a group recording in which all cameras begin capturing high-quality, synchronized video evidence.



**DMP**
DISTRIBUTED MULTI-PEER
R E C O R D I N G



WATCHGUARDVIDEO.COM
1.800.605.6734

 **FEATURES**

**INTELLIGENT GROUP RECORDING:** When any officer or vehicle in the group initiates a recording, the other cameras in the group sense a change in status and immediately begin recording.

**SIMPLE USE:** One-touch recording, customizable alerts and colored LED indicators make VISTA WiFi easy to understand and use.

**MANAGEMENT VIA SMART DEVICE:** Manage VISTA WiFi features, view and categorize recorded events, or stream live video using a Wi-Fi enabled smart device and the WatchGuard VISTA SmartConnect™ mobile application.

**SYNCHRONIZED VIDEO MANAGEMENT:** . WatchGuard Evidence Library 4 Web™ evidence management system automatically links all the individual recorded events from a group recording for easy searching, viewing and sharing.

**IN-FIELD, ON-CAMERA CATEGORIZATION:** Officers can quickly categorize incidents immediately after recording using the on-camera backlit LCD screen.

**RECORD AFTER THE FACT:** Easily recover and categorize incidents from VISTA WiFi even when the record button wasn't pressed.

**SMARTCONNECT**
APP AVAILABLE FOR APPLE DEVICES

 **SPECIFICATIONS**

**SUPERIOR IMAGE QUALITY:** 720p HD resolution (480p is selectable), 130° wide angle field of view, adjustable lens rotates 40° for optimal aiming from any mounting position.

**UNMATCHED HARDWARE:** Rugged weather -proof design and industrial grade electronics can survive -40° which is why the North Pole, Alaska Police Department only trusts VISTA.

**SMALL AND LIGHTWEIGHT:**
3"H x 1.9 W x 1.3"D 5.3 Ounces



Industrial magnetic locking chest mount securely mounts the camera almost anywhere on the torso.

