# Exhibit K

US009253452B2

## (12) United States Patent
### Ross et al.

(10) **Patent No.:**  **US 9,253,452 B2**

(45) **Date of Patent:**  *Feb. 2, 2016

(54) **COMPUTER PROGRAM, METHOD, AND SYSTEM FOR MANAGING MULTIPLE DATA RECORDING DEVICES**

(71) Applicant: **Digital Ally, Inc.**, Lenexa, KS (US)

(72) Inventors: **Stanton E. Ross**, Overland Park, KS (US); **Troy D. Bowlin**, Odessa, MO (US); **Matthew R. Andrews**, Lenexa, KS (US)

(73) Assignee: **Digital Ally, Inc.**, Lenexa, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 18 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/967,151**

(22) Filed: **Aug. 14, 2013**

(65) **Prior Publication Data**

US 2015/0050003 A1  Feb. 19, 2015

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 5/77* | (2006.01) |
| *H04N 9/80* | (2006.01) |
| *H04N 7/18* | (2006.01) |
| *G11B 27/10* | (2006.01) |
| *H04N 5/76* | (2006.01) |
| *G11B 15/02* | (2006.01) |
| *H04H 20/00* | (2009.01) |
| *G11B 27/11* | (2006.01) |

(Continued)

(52) **U.S. Cl.**

CPC .............. *H04N 7/181* (2013.01); *G11B 15/026* (2013.01); *G11B 27/10* (2013.01); *G11B 27/11* (2013.01); *G11B 27/34* (2013.01); *G11B 31/006* (2013.01); *H04H 20/00* (2013.01); *H04N 5/76* (2013.01); *H04N 5/765* (2013.01)

(58) **Field of Classification Search**
USPC .................. 386/200–234, 239–248, 358–362
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,409,670 A | 10/1983 | Herndon et al. | |
| 4,863,130 A | 9/1989 | Marks, Jr. | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 102010019451 A1 | 11/2011 | |
| GB | 2273624 | 6/1994 | |

(Continued)

#### OTHER PUBLICATIONS

File History of U.S. Appl. No. 14/040,329, filed Sep. 27, 2013, entitled Portable Video and Imaging System; Applicant: Digital Ally, Inc.

(Continued)

*Primary Examiner* — Hung Dang

(74) *Attorney, Agent, or Firm* — Erise IP, P.A.

(57) **ABSTRACT**

A multiple recording device management system including an intermediate multiple recording device managing apparatus, a vehicle recording device mounted in a police vehicle and synced to the managing apparatus, and a personal recording device carried by a police officer and wirelessly synced to the managing apparatus. The managing apparatus is operable to detect when the vehicle recording device, personal recording device, or any other synced device in range has begun recording and to transmit a communication signal to any synced recording device in range indicating that the recording device should begin recording and to further transmit a time stamp to synced recording devices for corroborating recorded data.

**20 Claims, 6 Drawing Sheets**



US 9,253,452 B2

Page 2

(51)  **Int. Cl.**
   *G11B 27/34*      (2006.01)
   *G11B 31/00*      (2006.01)
   *H04N 5/765*      (2006.01)

(56)            **References Cited**

            U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,918,473 | A | 4/1990 | Blackshear |
| 5,027,104 | A | 6/1991 | Reid |
| 5,096,287 | A | 3/1992 | Kakinami et al. |
| 5,111,289 | A | 5/1992 | Lucas et al. |
| 5,289,321 | A | 2/1994 | Secor |
| 5,381,155 | A | 1/1995 | Gerber |
| 5,446,659 | A | 8/1995 | Yamawaki |
| 5,453,939 | A | 9/1995 | Hoffman et al. |
| 5,473,729 | A | 12/1995 | Bryant et al. |
| 5,479,149 | A | 12/1995 | Pike |
| 5,497,419 | A | 3/1996 | Hill |
| 5,526,133 | A | 6/1996 | Paff |
| 5,585,798 | A | 12/1996 | Yoshioka et al. |
| 5,642,285 | A | 6/1997 | Woo et al. |
| 5,668,675 | A | 9/1997 | Fredricks |
| 5,689,442 | A | 11/1997 | Swanson et al. |
| 5,742,336 | A | 4/1998 | Lee |
| 5,752,632 | A | 5/1998 | Sanderson et al. |
| 5,798,458 | A | 8/1998 | Monroe |
| 5,815,093 | A | 9/1998 | Kikinis |
| 5,850,613 | A | 12/1998 | Bullecks |
| 5,878,283 | A | 3/1999 | House et al. |
| 5,886,739 | A | 3/1999 | Winningstad |
| 5,890,079 | A | 3/1999 | Levine |
| 5,926,210 | A | 7/1999 | Hackett et al. |
| 5,978,017 | A | 11/1999 | Tino |
| 5,983,161 | A | 11/1999 | Lemelson et al. |
| 5,996,023 | A | 11/1999 | Winter et al. |
| 6,008,841 | A | 12/1999 | Charlson |
| 6,028,528 | A | 2/2000 | Lorenzetti et al. |
| 6,052,068 | A | 4/2000 | Price R-W et al. |
| 6,097,429 | A | 8/2000 | Seeley et al. |
| 6,100,806 | A | 8/2000 | Gaukel |
| 6,121,881 | A | 9/2000 | Bieback et al. |
| 6,141,609 | A | 10/2000 | Herdeg et al. |
| 6,163,338 | A | 12/2000 | Johnson et al. |
| 6,175,300 | B1 | 1/2001 | Kendrick |
| 6,298,290 | B1 | 10/2001 | Abe et al. |
| 6,310,541 | B1 | 10/2001 | Atkins |
| 6,314,364 | B1 | 11/2001 | Nakamura |
| 6,326,900 | B2 | 12/2001 | DeLine et al. |
| 6,333,694 | B2 | 12/2001 | Pierce et al. |
| 6,333,759 | B1 | 12/2001 | Mazzilli |
| 6,370,475 | B1 | 4/2002 | Breed et al. |
| RE37,709 | E | 5/2002 | Dukek |
| 6,389,340 | B1 | 5/2002 | Rayner |
| 6,396,403 | B1 | 5/2002 | Haner |
| 6,405,112 | B1 | 6/2002 | Rayner |
| 6,449,540 | B1 | 9/2002 | Rayner |
| 6,452,572 | B1 | 9/2002 | Fan et al. |
| 6,518,881 | B2 | 2/2003 | Monroe |
| 6,525,672 | B2 | 2/2003 | Chainer et al. |
| 6,546,119 | B2 | 4/2003 | Ciolli et al. |
| 6,560,463 | B1 | 5/2003 | Santhoff |
| 6,591,242 | B1 | 7/2003 | Karp et al. |
| 6,681,195 | B1 | 1/2004 | Poland et al. |
| 6,697,103 | B1 | 2/2004 | Fernandez et al. |
| 6,718,239 | B2 | 4/2004 | Rayner |
| 6,727,816 | B1 | 4/2004 | Helgeson |
| 6,748,792 | B1 | 6/2004 | Freund et al. |
| 6,823,621 | B2 | 11/2004 | Gotfried |
| 6,831,556 | B1 | 12/2004 | Boykin |
| 6,856,873 | B2 | 2/2005 | Breed et al. |
| 6,970,183 | B1 | 11/2005 | Monroe |
| 7,012,632 | B2 | 3/2006 | Freeman et al. |
| 7,034,683 | B2 | 4/2006 | Ghazarian |
| 7,038,590 | B2 | 5/2006 | Hoffman et al. |
| D529,528 | S | 10/2006 | Ross, Jr. et al. |
| 7,119,832 | B2 | 10/2006 | Blanco et al. |
| 7,126,472 | B2 | 10/2006 | Kraus et al. |
| 7,147,155 | B2 | 12/2006 | Weekes |
| 7,180,407 | B1 | 2/2007 | Guo et al. |
| 7,190,882 | B2 | 3/2007 | Gammenthaler |
| 7,371,021 | B2 | 5/2008 | Ross, Jr. et al. |
| 7,436,955 | B2 | 10/2008 | Yan et al. |
| 7,448,996 | B2 | 11/2008 | Khanuja et al. |
| 7,456,875 | B2 | 11/2008 | Kashiwa |
| 7,496,140 | B2 | 2/2009 | Winningstad et al. |
| 7,500,794 | B1 | 3/2009 | Clark |
| 7,536,457 | B2 | 5/2009 | Miller |
| 7,539,533 | B2 | 5/2009 | Tran |
| 7,561,037 | B1 | 7/2009 | Monroe |
| 7,602,301 | B1 | 10/2009 | Stirling et al. |
| 7,659,827 | B2 | 2/2010 | Gunderson et al. |
| 7,680,947 | B2 | 3/2010 | Nicholl et al. |
| 7,804,426 | B2 | 9/2010 | Etcheson |
| 7,806,525 | B2 | 10/2010 | Howell et al. |
| 7,853,944 | B2 | 12/2010 | Choe |
| 8,077,029 | B1 | 12/2011 | Daniel et al. |
| 8,175,314 | B1 | 5/2012 | Webster |
| 8,269,617 | B2 | 9/2012 | Cook et al. |
| 8,314,708 | B2 | 11/2012 | Gunderson et al. |
| 8,373,567 | B2 | 2/2013 | Denson |
| 8,384,539 | B2 | 2/2013 | Denny et al. |
| 8,503,972 | B2 | 8/2013 | Haler et al. |
| 8,508,353 | B2 | 8/2013 | Cook et al. |
| 8,520,069 | B2 | 8/2013 | Haler |
| 8,606,492 | B1 | 12/2013 | Botnen |
| 8,676,428 | B2 | 3/2014 | Richardson et al. |
| 8,707,758 | B2 | 4/2014 | Keays |
| 8,725,462 | B2 | 5/2014 | Jain et al. |
| 8,744,642 | B2 | 6/2014 | Nemat-Nasser et al. |
| 8,781,292 | B1 | 7/2014 | Ross et al. |
| 8,849,501 | B2 | 9/2014 | Cook et al. |
| 8,854,199 | B2 | 10/2014 | Cook et al. |
| 8,930,072 | B1 | 1/2015 | Lambert et al. |
| 8,989,914 | B1 | 3/2015 | Nemat-Nasser et al. |
| 8,996,234 | B1 | 3/2015 | Tamari et al. |
| 2002/0013517 | A1 | 1/2002 | West et al. |
| 2002/0032510 | A1 | 3/2002 | Turnbull et al. |
| 2002/0044065 | A1 | 4/2002 | Quist et al. |
| 2002/0049881 | A1 | 4/2002 | Sugimura |
| 2002/0084130 | A1 | 7/2002 | Ghazarian et al. |
| 2002/0131768 | A1 | 9/2002 | Gammenthaler |
| 2002/0135336 | A1 | 9/2002 | Zhou et al. |
| 2002/0159434 | A1 | 10/2002 | Gosior et al. |
| 2002/0191952 | A1* | 12/2002 | Fiore et al. ........................ 386/46 |
| 2003/0040917 | A1 | 2/2003 | Fiedler |
| 2003/0080878 | A1 | 5/2003 | Kirmuss |
| 2003/0081121 | A1* | 5/2003 | Kirmuss ................ B60R 11/02 |
| | | | 348/143 |
| 2003/0081942 | A1 | 5/2003 | Melnyk et al. |
| 2003/0095688 | A1* | 5/2003 | Kirmuss ........................ 382/105 |
| 2003/0106917 | A1 | 6/2003 | Shetler et al. |
| 2003/0133018 | A1 | 7/2003 | Ziemkowski |
| 2003/0173408 | A1 | 9/2003 | Mosher, Jr. et al. |
| 2003/0215010 | A1 | 11/2003 | Kashiwa |
| 2003/0215114 | A1 | 11/2003 | Kyle |
| 2003/0222982 | A1 | 12/2003 | Hamdan et al. |
| 2004/0043765 | A1 | 3/2004 | Tolhurst |
| 2004/0145457 | A1 | 7/2004 | Schofield et al. |
| 2004/0168002 | A1 | 8/2004 | Accarie et al. |
| 2004/0199785 | A1 | 10/2004 | Pederson |
| 2004/0223054 | A1* | 11/2004 | Rotholtz ........................ 348/143 |
| 2005/0030151 | A1 | 2/2005 | Singh |
| 2005/0035161 | A1 | 2/2005 | Shioda |
| 2005/0046583 | A1 | 3/2005 | Richards |
| 2005/0068169 | A1 | 3/2005 | Copley et al. |
| 2005/0094966 | A1 | 5/2005 | Elberbaum |
| 2005/0100329 | A1 | 5/2005 | Lao et al. |
| 2005/0134966 | A1 | 6/2005 | Burgner |
| 2005/0167172 | A1 | 8/2005 | Fernandez |
| 2005/0206532 | A1 | 9/2005 | Lock |
| 2005/0228234 | A1 | 10/2005 | Yang |
| 2005/0232469 | A1 | 10/2005 | Schofield et al. |
| 2006/0009238 | A1 | 1/2006 | Stanco et al. |
| 2006/0028811 | A1 | 2/2006 | Ross, Jr. et al. |
| 2006/0158968 | A1* | 7/2006 | Vanman et al. ............ 369/27.01 |

# US 9,253,452 B2

Page 3

(56)          **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0164220 A1 | 7/2006 | Harter, Jr. et al. | |
| 2006/0164534 A1* | 7/2006 | Robinson et al. | ........ 348/333.01 |
| 2006/0170770 A1 | 8/2006 | MacCarthy | |
| 2006/0176149 A1 | 8/2006 | Douglas | |
| 2006/0183505 A1 | 8/2006 | Willrich | |
| 2006/0203090 A1* | 9/2006 | Wang | ..................... G06K 9/209 348/143 |
| 2006/0220826 A1 | 10/2006 | Rast | |
| 2006/0244601 A1 | 11/2006 | Nishimura | |
| 2006/0256822 A1 | 11/2006 | Kwong et al. | |
| 2006/0270465 A1 | 11/2006 | Lee et al. | |
| 2006/0274828 A1 | 12/2006 | Siemens et al. | |
| 2006/0282021 A1 | 12/2006 | DeVaul et al. | |
| 2006/0287821 A1 | 12/2006 | Lin | |
| 2006/0293571 A1 | 12/2006 | Bao et al. | |
| 2007/0021134 A1 | 1/2007 | Liou | |
| 2007/0064108 A1 | 3/2007 | Haler | |
| 2007/0067079 A1 | 3/2007 | Kosugi | |
| 2007/0102508 A1 | 5/2007 | McIntosh | |
| 2007/0117083 A1 | 5/2007 | Winneg et al. | |
| 2007/0132567 A1 | 6/2007 | Schofield et al. | |
| 2007/0152811 A1 | 7/2007 | Anderson | |
| 2007/0172053 A1 | 7/2007 | Poirier | |
| 2007/0177023 A1 | 8/2007 | Beuhler et al. | |
| 2007/0229350 A1 | 10/2007 | Scalisi et al. | |
| 2007/0257781 A1 | 11/2007 | Denson | |
| 2007/0257782 A1 | 11/2007 | Etcheson | |
| 2007/0257804 A1 | 11/2007 | Gunderson et al. | |
| 2007/0257815 A1 | 11/2007 | Gunderson et al. | |
| 2007/0260361 A1 | 11/2007 | Etcheson | |
| 2007/0268158 A1 | 11/2007 | Gunderson et al. | |
| 2007/0271105 A1 | 11/2007 | Gunderson et al. | |
| 2007/0285222 A1 | 12/2007 | Zadnikar | |
| 2007/0287425 A1 | 12/2007 | Bates | |
| 2007/0297320 A1 | 12/2007 | Brummette et al. | |
| 2008/0001735 A1 | 1/2008 | Tran | |
| 2008/0002599 A1 | 1/2008 | Yau et al. | |
| 2008/0030580 A1 | 2/2008 | Kashiwa et al. | |
| 2008/0042825 A1 | 2/2008 | Denny et al. | |
| 2008/0043736 A1 | 2/2008 | Stanley | |
| 2008/0049830 A1 | 2/2008 | Richardson | |
| 2008/0063252 A1 | 3/2008 | Dobbs et al. | |
| 2008/0100705 A1 | 5/2008 | Kister et al. | |
| 2008/0122603 A1 | 5/2008 | Plante et al. | |
| 2008/0129518 A1 | 6/2008 | Carlton-Foss | |
| 2008/0143481 A1 | 6/2008 | Abraham et al. | |
| 2008/0144705 A1 | 6/2008 | Rackin et al. | |
| 2008/0211906 A1 | 9/2008 | Lovric | |
| 2008/0239064 A1 | 10/2008 | Iwasaki | |
| 2008/0246656 A1 | 10/2008 | Ghazarian | |
| 2008/0266118 A1 | 10/2008 | Pierson et al. | |
| 2009/0002491 A1 | 1/2009 | Haler | |
| 2009/0002556 A1* | 1/2009 | Manapragada et al. | ...... 348/575 |
| 2009/0070820 A1 | 3/2009 | Li | |
| 2009/0122142 A1 | 5/2009 | Shapley | |
| 2009/0141129 A1 | 6/2009 | Dischinger | |
| 2009/0169068 A1 | 7/2009 | Okamoto | |
| 2009/0213204 A1 | 8/2009 | Wong | |
| 2009/0243794 A1 | 10/2009 | Morrow | |
| 2009/0252486 A1 | 10/2009 | Ross, Jr. et al. | |
| 2010/0060734 A1 | 3/2010 | Chou | |
| 2010/0177891 A1 | 7/2010 | Keidar et al. | |
| 2010/0188201 A1 | 7/2010 | Cook et al. | |
| 2010/0191411 A1 | 7/2010 | Cook et al. | |
| 2010/0238009 A1 | 9/2010 | Cook et al. | |
| 2010/0238262 A1 | 9/2010 | Kurtz et al. | |
| 2010/0242076 A1 | 9/2010 | Potesta et al. | |
| 2010/0250021 A1 | 9/2010 | Cook et al. | |
| 2010/0265331 A1 | 10/2010 | Tanaka | |
| 2011/0006151 A1 | 1/2011 | Beard | |
| 2011/0069151 A1 | 3/2011 | Orimoto | |
| 2011/0084820 A1 | 4/2011 | Walter et al. | |
| 2011/0094003 A1 | 4/2011 | Spiewak et al. | |
| 2012/0038689 A1 | 2/2012 | Ishii | |
| 2012/0056722 A1 | 3/2012 | Kawaguchi | |
| 2012/0063736 A1 | 3/2012 | Simmons et al. | |
| 2012/0162436 A1 | 6/2012 | Cordell et al. | |
| 2012/0189286 A1 | 7/2012 | Takayama et al. | |
| 2012/0268259 A1 | 10/2012 | Igel et al. | |
| 2013/0021153 A1 | 1/2013 | Keays | |
| 2013/0080836 A1 | 3/2013 | Stergiou et al. | |
| 2013/0096731 A1 | 4/2013 | Tamari et al. | |
| 2014/0037262 A1 | 2/2014 | Sako | |
| 2014/0049636 A1* | 2/2014 | O'Donnell | ............. G08C 17/02 348/143 |
| 2014/0092299 A1 | 4/2014 | Phillips et al. | |
| 2014/0094992 A1 | 4/2014 | Lambert et al. | |
| 2014/0195105 A1 | 7/2014 | Lambert et al. | |
| 2014/0210625 A1 | 7/2014 | Nemat-Nasser | |
| 2015/0051502 A1 | 2/2015 | Ross | |
| 2015/0063776 A1 | 3/2015 | Ross et al. | |
| 2015/0078727 A1 | 3/2015 | Ross et al. | |
| 2015/0088335 A1 | 3/2015 | Lambert et al. | |
| 2015/0103246 A1 | 4/2015 | Phillips et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2320389 | 6/1998 |
| GB | 2343252 | 5/2000 |
| GB | 2351055 | 12/2000 |
| GB | 2417151 | 2/2006 |
| GB | 2425427 | 10/2006 |
| GB | 2455885 | 7/2009 |
| GB | 2485804 A | 5/2012 |
| JP | 153298 | 6/1996 |
| JP | 2000137263 A | 5/2000 |
| RU | 2383915 C2 | 3/2010 |
| WO | WO9005076 | 5/1990 |
| WO | WO9738526 | 10/1997 |
| WO | WO9831146 | 7/1998 |
| WO | WO0039556 | 7/2000 |
| WO | WO0051360 | 8/2000 |
| WO | WO0249881 | 6/2002 |
| WO | WO02095757 | 11/2002 |
| WO | WO03049446 | 6/2003 |
| WO | 2014052898 A1 | 4/2014 |

### OTHER PUBLICATIONS

"Stalker Press Room—Using In-Car Video, the Internet, and the Cloud to keep police officers safe is the subject of CopTrax live, free webinar." Stalker. Printed Date: Oct. 16, 2014; Posted Date: Jul. 31, 2014.

File History of U.S. Appl. No. 14/040,233, filed Sep. 27, 2013, entitled Computer Program, Method, and System for Managing Multiple Data Recording Devices; Applicant: Digital Ally, Inc.

Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration dated Jan. 30, 2014; International Application No. PCT/US2013/062415; International Filing Date: Sep. 27, 2013; Applicant: Digital Ally, Inc.

Taser Axon Body on Officer Video/Police Body Camera, http://www.taser.com/products/on-officer-video/axon-body-on-officer-video, Sep. 23, 2013, Date Posted: Unknown, pp. 1-8.

GoPro Official Website: The World's Most Versatile Camera, http://gopro.com/products/?gclid=CKqHy9jT4rkCFWZk7AodyiAAaQ, Sep. 23, 2013, Date Posted: Unknown, pp. 4-9.

Vievu Products, http://www.vievu.com/vievu-products/vievu-squared/, Sep. 25, 2013, Date Posted: Unknown, pp. 1-2.

Digital Ally First Vu Mountable Digital Camera Video Recorder, http://www.opticsplanet.com/digital-ally-first-vu-mountable-digi-tal-camera-video-recorder.html?gclid=CIKohcX05rkCFSIo7AodU0IA0g&ef__id=UjCGEAAAAWGEjrQF:20130925155534:s, Sep. 25, 2013, Date Posted: Unknown, pp. 1-4.

Taser Axon Flex On-Officer Video/Police Video Camera, http://www.taser.com/products/on-officer-video/taser-axon, Sep. 26, 2013, Date Posted: Unknown, pp. 1-8.

Zepcam Wearable Video Technology, http://www.zepcam.com/prod-uct.aspx, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

US 9,253,452 B2

Page 4

(56)     **References Cited**

OTHER PUBLICATIONS

Witness Cam headset, http://www.secgru.com/DVR-Witness-Cam-Headset-Video-Recorder-SG-DVR-1-COP.html, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

SUV Cam, http://www.elmo.co.jp/suv-cam/en/product/index.html, Sep. 26, 2013, Date Posted: Unknown, p. 1.

Asian Wolf High Quality Angel Eye Body Video Spy Camera Recorder System, http://www.asianwolf.com/covert-bodycam-hq-angeleye.html, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Panasonic Handheld AVCCAM HD Recorder/Player, http://www.panasonic.com/business/provideo/ag-hmr10.asp, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

POV.HD System Digital Video Camera, http://www.vio-pov.com/index.php, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

ecplaza HY-001HD law enforcement DVR, http://fireeye.en.ecplaza.net/law-enforcement-dvr--238185-1619696.html, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

edesix VideoBadge, http://www.edesix.com/edesix-products, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Tide Leader police body worn camera, http://tideleader.en.gongchang.com/product/14899076, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Stalker Vue Law Enforcement Grade Body Worn Video Camera/Recorder, http://www.stalkerradar.com/law_vue.shtml, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

Vidmic Officer Worn Video & Radio Accessories, http://www.vidmic.com/, Sep. 26, 2013, Date Posted: Unknown, p. 1.

WatchGuard CopVu Wearable Video Camera System, http://watchguardvideo.com/copvu/overview, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

Kustom Signals VieVu, http://www.kustomsignals.com/index.php/mvideo/vievu, Sep. 26, 2013, Date Posted: Unknown, pp. 1-4.

WolfCom 3rd Eye, X1 A/V Recorder for Police and Military, http://wolfcomusa.com/Products/Products.html, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

RevealMedia RS3-SX high definition video recorder, http://www.revealmedia.com/buy-t166/cameras/rs3-sx.aspx, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

Spy Chest Mini Spy Camera / Self Contained Mini camcorder / Audio & Video Recorder, http://www.spytechs.com/spy_cameras/mini-spy-camera.htm, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Lea-Aid Scorpion Micro Recorder Patrol kit,http://www.leacorp.com/products/SCORPION-Micro-Recorder-Patrol-kit.html, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

Veho MUVI portable wireless speaker with dock, http://veho-uk.fastnet.co.uk/main/shop.aspx?category=camcorder, Sep. 26, 2013, Date Posted: Unknown, p. 1.

Veho MUVI HD, http://veho-uk.fastnet.co.uk/main/shop.aspx?category=CAMMUVIHD, Sep. 26, 2013, Date Posted: Unknown, pp. 1-5.

SIV Security in Vehicle Driving Partner, http://www.siv.co.kr/, Sep. 26, 2013, Date Posted: Unknown, p. 1.

Midland XTC HD Video Camera, http://midlandradio.com/Company/xtc100-signup, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Freudenrich, Craig, Ph.D.; "How Breathalyzers Work—Why Test?." HowStuff Works. Printed Date: Oct. 16, 2014; Posted Date: Unknown; <http://electronics.howstuffworks.com/gadgets/automotive/breathalyzer1.htm>.

"Breathalyzer." Wikipedia. Printed Date: Oct. 16, 2014; Date Page Last Modified: Sep. 14, 2014; <http://en.wikipedia.org/wiki/Breathalyzer>.

Renstrom, Joell; "Tiny 3D Projectors Allow You to Transmit Holograms From a Cell Phone." Giant Freakin Robot. Printed Date: Oct. 16, 2014; Posted Date: Jun. 13, 2014; <http://www.giantfreakinrobot.com/sci/coming-3d-projectors-transmit-holograms-cell-phone.html>.

Kopin Corporation; Home Page; Printed Date: Oct. 16, 2014; Posted Date: Unknown; <http://www.kopin.com>.

Wasson, Brian; "Digital Eyewear for Law Enforcement." Printed Date: Oct. 16, 2014; Posted Date: Dec. 9, 2013; <http://www.wasson.com/digital-eyewear-for-law-enforcement.html>.

Request for Ex Parte Reexamination of U.S. Pat. No. 8,781,292 as submitted on Apr. 16, 2015; Control No. 90/013,489.

Controller Area Network (CAN) Overview, National Instruments White Paper (Aug. 1, 2014).

Brown, TP-LINK TL-WDR3500 Wireless N600 Router Review, Mar. 6, 2013.

Guide to Bluetooth Security: Recommendations of the National Institute of Standards and Technology, National Institute of Standards and Technology, U.S. Dep't of Commerce, NIST Special Publication 800-121, Revision 1 (Jun. 2012).

Notification Concerning Transmittal of International Preliminary Report on Patentability (Chapter I of the Patent Cooperation Treaty) dated Apr. 9, 2015; International Application No. PCT/US2013/062415; International Filing Date: Sep. 27, 2013; Applicant: Digital Ally, Inc.

Overview of the IEEE 802.15.4 standards for Low rate Wireless Personal Area Networks, 2010 7th International Symposium on Wireless Communication Systems (ISWCS), Copyright 2010.

Request for Comment 1323 of the Internet Engineering Task Force, TCP Extensions for High Performance, Date: May 1992.

Near Field Communication; Sony Corporation; pp. 1-7, Date: Unknown.

W. Fincham, Data Recorders for Accident Investigation, Monitoring of Driver and Vehicle Performance (Digest No. 1997/122), Publication Date: Apr. 10, 1997, pp. 6/1-6/3.

S.R. Lewis, Future System Specifications for Traffic Enforcement Equipment, S.R. 1 Source: IEE Colloquium (Digest), N 252, Publication Date: Nov. 18, 1996, pp. 8/1-8/2.

Samuel W. Daskam, Law Enforcement Armed Robbery Alarm System Utilizing Recorded Voice Addresses Via Police Radio Channels, Source: Univ. Of Ky, Off of Res and Eng., Sery (UKY BU107), pp. 18-22, 1975.

New Rearview-Mirror-Based Camera Display Takes the Guesswork Out of Backing Up Retrieved from the Internet: <URL: httb://news.thomasnet.com/fullstory/497750>, Press Release, Oct. 30, 2006.

Lilliput RV 18-50NP 5" Rear View Mirror TFT LCD Screen with Camera, Retrieved from the Internet: <URL: http://www.case-mod.com/lilliput-rv1850np-rear-view-mirror-tft-lcd-screen-with-camera-p-1271.html>, Mar. 4, 2005.

Car Rear View Camera—Multimedia Rear View Mirror—4' LCD color monitor, Retrieved from the Internet: <URL: http://web.archive.org/web/20050209014751/http://laipac.com/multimedia-rear-mirror.htm>, Feb. 9, 2005.

Frankel, Harry; Riter, Stephen, Bernat, Andrew, Automated Imaging System for Border Control, Source: University of Kentucky, Office of Engineering Services, (Bulletin) UKY BU, pp. 169-173, Aug. 1986.

Supplementary European Search Report dated Sep. 28, 2010 in European Patent Application No. 06803645.8; Applicant: Digital Ally, Inc.

Korean Utility Model Reg. No. 20-0236817, published Oct. 8, 2001.

SIIF Award for Multi Black Box, published Dec. 10, 2004.

Automation Systems Article, Know-How Bank Co. Ltd. Takes Leap Forward as a Company Specializing in R&D and Technology Consulting, published Jan. 2005.

Electronic Times Article, published Feb. 24, 2005.

Motor Magazine Article, Recreating the Scene of an Accident, published 2005.

Hankyung Auto News Article, Know-How Bank's Black Box for Cars "Multi-Black Box," Copyright 2005.

http://www.k-h-b.com/board/board.php?board=products01&comand=body&no=1, Current State of Technology Held by the Company, Copyright 2005.

http://www.k-h-b.com/sub1_02.html, Copyright 2005.

Response to Office Action in Ex Parte Reexamination dated Oct. 16, 2015; Control No. 90/013,489; Reexamination Filing Date: Apr. 16, 2015.

Drift X170, http://driftinnovation.com/support/firmware-update/x170/, Sep. 26, 2013, Date Posted: Unknown, p. 1.

uCorder Pockito Wearabel Mini Pcket Camcorder, http://www.ucorder.com/, Sep. 26, 2013, Date Posted: Unknown, p. 1.

## US 9,253,452 B2

Page 5

(56)                **References Cited**

OTHER PUBLICATIONS

isaw Advance Hull HD EXtreme, www.isawcam.co.kr, Sep. 26, 2013, Date Posted: Unknown, p. 1.

Scorpion Micro DV Video Audio Recorder, http://www.leacorp.com/scorpion-micro-dv-video-audio-recorder/, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Taser Cam Law Enforcement Audio/Video Recorder (gun mounted), http://www.taser.com/products/on-officer-video/taser-cam, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Looxcie Wearable & mountable streaming video cams, http:/lwww.looxcie.com/overview?gclid=CPbDyv6piq8CFWeFQAodlhXC-w, Sep. 26, 2013, Date Posted: Unknown, pp. 1-4.

Point of View Cameras Military & Police, http://pointofviewcameras.com/military-police, Sep. 26, 2013, Date Posted: Unknown, pp. 1-2.

Dyna Spy Inc. hidden cameras, https://www.dynaspy.com/hidden-cameras/spy-cameras/body-worn-wearable-spy-cameras, Sep. 26, 2013, Date Posted: Unknown, pp. 1-3.

Brick House Security Body Worn Cameras / Hidden Cameras / Covert Spy Cameras, http://www.brickhousesecurity.com/body-worn-covert-spy-cameras.html.

Amazon.com wearable camcorders, http://www.amazon.com/s/ref=nb_sb_ss_i_0_4?url=search-alias%3Dphoto&field-keywords=wearable+camcorder&x=0&y=0&sprefix=wear, Sep. 26, 2013, Date Posted: Unknown, pp. 1-4.

Oregon Scientific ATC Chameleon Dual Lens HD Action Camera, http://www.oregonscientificstore.com/Oregon-Scientific-ATC-Chameleon-Dual-Lens-HD-Action-Camera.data, Date Posted: Unknown; Date Printed: Oct. 13, 2014, pp. 1-4.

* cited by examiner

Case 2:16-cv-02349-JWB-ADM    Document 1-11    Filed 05/27/16    Page 7 of 21



*Fig. 1.*



Fig. 2.

**Mini Configuration Manager**

File

FirstVu

**Location**

| | |
|---|---|
| Language | en-US |
| Date Format | mm/dd/yy |
| 24 Hour Time | TRUE |

| | |
|---|---|
| Time Zone | UTC-9 |
| Daylight Saving | FALSE |

**Profile**

| | |
|---|---|
| Eventid Enable | FALSE |
| Ethnicity Profile | FALSE |
| Gender Profile | FALSE |

| | |
|---|---|
| Incident Enable | FALSE |
| Age Profile | FALSE |

**Settings**

| | |
|---|---|
| Audio Mute | FALSE |
| Audio Pre-Event Enable | FALSE |
| Vibrate Record Covert | 10 |
| Vibrate Standby | 180 |

| | |
|---|---|
| Pre-Event Enable | FALSE |
| Memory Mode | INTERNAL |
| Vibrate Record Non-Covert | 60 |
| Entry Timeout | 180 |

*Fig. 3.*



Fig. 4.



Fig. 5.



Fig. 6.

US 9,253,452 B2

**1**

# COMPUTER PROGRAM, METHOD, AND SYSTEM FOR MANAGING MULTIPLE DATA RECORDING DEVICES

## BACKGROUND

### 1. Field

Embodiments of the present invention relate to recording device managing apparatus. More particularly, embodiments of the current invention relate to computer programs, methods, apparatus, and systems for managing multiple recording devices by syncing the recording devices, creating time stamps and metadata corresponding to data recordings taken by the recording devices, and transmitting the time stamps and metadata to the recording devices for corroborating the recordings.

### 2. Related Art

Recording device management systems are used to coordinate recording devices to capture multiple recordings of an event. For example, a control board can be used to start multiple video cameras to record video data from multiple vantage points. However, the control board simply receives a single input such as a button press and transmits it to multiple recording devices. The management system does little, if anything, to react to inputs from the electronic devices or to make decisions based on statuses of the electronic devices. Also, current management systems do not corroborate the recorded data by correlating data taken from distinct devices.

The law enforcement field is growing more dependent on recording devices such as cameras and audio recorders to preserve evidence. Officers now use dash-cams, hidden cameras, and personal recording devices worn by the officers to obtain crucial video and audio data recordings. However, managing these devices and corroborating the recorded data remains difficult and problematic. For example, recording devices often use different cues to start recording, or require manual operation, which can result in the devices failing to record at a crucial time. Manually managing recording devices can be distracting to the officer, which is particularly undesirable in dangerous situations. Another problem is that in a court of law, evidence is bolstered if corroborated or otherwise forensically verifiable, but multiple recordings may be difficult to corroborate based solely on their content. Additionally, correlating and organizing evidence is time consuming and increases the workload of often understaffed law enforcement departments.

## SUMMARY

Embodiments of the present invention solve the above-mentioned problems by providing a computer program, method, apparatus, and system for managing multiple data recording devices.

One embodiment of the invention is an intermediate recording device managing apparatus ("recording device manager") for use in a multiple recording device system. The recording device manager comprises a controller including a receiver for receiving from a first recording device a first communication signal that the first recording device has started recording, and a transmitter for transmitting to a second recording device a second communication signal instructing the second recording device to begin recording. The recording device manager thus insures that multiple recording devices record an event.

Another embodiment of the invention is an intermediate recording device managing apparatus for use in a multiple recording device system, wherein the apparatus comprises an

**2**

internal clock and a controller. The controller obtains time readings from the internal clock and creates time stamps therefrom. The controller transmits the time stamps to synced recording devices for corroborating recordings.

This summary is provided to introduce a selection of concepts in a simplified form that are further described below in the detailed description. This summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Other aspects and advantages of the current invention will be apparent from the following detailed description of the embodiments and the accompanying drawing figures.

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

Embodiments of the current invention are described in detail below with reference to the attached drawing figures, wherein:

FIG. **1** is a schematic plan view of a multiple recording device management system including an intermediate recording device managing apparatus, a vehicle video recording device mounted in a police vehicle, and a personal video recording device carried by an officer, in accordance with an embodiment of the invention;

FIG. **2** is a perspective view of the intermediate recording device managing apparatus of FIG. **1** constructed in accordance with an embodiment of the invention;

FIG. **3** is a settings configuration interface for configuring options and parameters pertaining to managing the recording devices in accordance with an embodiment of the invention;

FIG. **4** is a wireless and security configuration interface for choosing options and parameters pertaining to wireless setup and security precautions in accordance with an embodiment of the invention;

FIG. **5** is a device-syncing interface for syncing recording devices to the intermediate recording device managing apparatus in accordance with an embodiment of the invention; and

FIG. **6** is a settings configuration interface for configuring options and parameters pertaining to the recording devices in accordance with an embodiment of the invention.

The drawing figures do not limit the current invention to the specific embodiments disclosed and described herein. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

The following detailed description of the invention references the accompanying drawings that illustrate specific embodiments in which the invention can be practiced. The embodiments are intended to describe aspects of the invention in sufficient detail to enable those skilled in the art to practice the invention. Other embodiments can be utilized and changes can be made without departing from the scope of the current invention. The following detailed description is, therefore, not to be taken in a limiting sense. The scope of the current invention is defined only by the appended claims, along with the full scope of equivalents to which such claims are entitled.

In this description, references to "one embodiment", "an embodiment", or "embodiments" mean that the feature or features being referred to are included in at least one embodiment of the technology. Separate references to "one embodi-

US 9,253,452 B2

3

ment", "an embodiment", or "embodiments" in this description do not necessarily refer to the same embodiment and are also not mutually exclusive unless so stated and/or except as will be readily apparent to those skilled in the art from the description. For example, a feature, structure, act, etc. described in one embodiment may also be included in other embodiments, but is not necessarily included. Thus, the current technology can include a variety of combinations and/or integrations of the embodiments described herein.

Turning to the figures, and particularly FIG. 1, a first embodiment of a multiple recording device management system 10 (hereinafter "management system 10") is described, which includes an intermediate multiple recording device managing apparatus 12 (hereinafter "recording device manager" or "manager"), a vehicle recording device 14 mounted in a police vehicle 16 and communicatively coupled (i.e., synced) to the recording device manager 12, and a personal recording device 18 carried by a police officer 20 and wirelessly synced to the recording device manager 12. The recording device manager 12 is operable to detect when the vehicle recording device 14, personal recording device 18, or any other synced device in range has started recording and to broadcast or transmit a signal to any synced recording device in range instructing recording by the respective device. The recording device manager 12 also may generate time stamps and unique serial numbers for a data recording, and create or collect metadata and transmit such time stamps, unique serial number, and metadata to the recording devices 14, 18 for corroborating the recorded data. For illustrative purposes, the management system 10 includes the vehicle recording device 14 and the personal recording device 18, but it will be understood that duplicate or additional devices, such as audio recorders, thermal imagers, security cameras, radios, seismic sensors, radar and LIDAR scanners, and chemical analyzers, can be synced to the recording device manager 12. Moreover, multiple personal recording devices 18 can be synced with the manager 12, as described below.

In embodiments of the present invention, the vehicle recording device 14 and personal recording device 18 are each operable to record data, including without limitation, audio and video data. Moreover, the recording devices 14, 18 are also operable to record or generate metadata associated with the recording, such that the data recorded by the devices 14, 18 includes the audio data, the video data, and/or the metadata associated with either or both of the audio and video data. Examples of metadata for an audio or video recording include a location (as determined by a GPS) where the data was recorded, a user who recorded the data or was otherwise associated with the recording device 14, 18 (e.g., an officer driving a police vehicle or an officer wearing the personal recording device 18), the time stamp and unique serial number described in detail below, a number of data-capture devices synced upon initiation of the data recording event, a trigger for the data recording event (i.e., what prompted data capture by the recording devices), etc. Thus, reference herein to "recorded data" is intended to include audio data, video data, and any metadata associated with the audio and video data. Additionally, in embodiments where the recording device manager is synced with ancillary data-capture devices, such as a thermal imager or radar or LIDAR scanner, for example, such data (including any metadata) generated or otherwise captured by the ancillary devices also encompasses "recorded data." For ease of reference, video or audio recorded data may be discussed herein for particular examples but should not otherwise be considered limiting of the types of recorded data.

4

An exemplary scenario of the management system 10 in use is now described for illustrative purposes. The management system 10 may be used by the police officer 20 to record video data during a traffic stop. The recording device manager 12 may be mounted near the vehicle recording device 14, such as on the windshield of the police vehicle 16. Alternatively, the recording device manager 12 may be mounted anywhere within the police vehicle 16 that allows for the recording device manager 12 to communicate (either via a wired or wireless connection) with the vehicle recording device 14 or a recording device manager (not shown). In exemplary embodiments, the vehicle recording device 14 is aimed forwards to record the traffic stop, and the personal recording device 18 is mounted to the police officer's person or is otherwise carried by the police officer 20, such as on a lanyard.

As described in more detail below, the recording device manager 12 is communicatively coupled with at least one personal recording device 18 and is operable to instruct recording of data by the personal recording device 18. In other embodiments of the present invention, the recording device manager 12 may be communicatively coupled with a plurality of personal recording devices 18 carried by a plurality of officers. The recording device manager 12 of embodiments of the present invention manages recording of multiple devices during, for example, a traffic stop by the police officer 20. As often occurs, the police officer 20 wearing the personal recording device 18 will exit the vehicle and approach a situation (such as a stopped car). Should the officer instruct recording by the personal recording device 18, or should the personal recording device 18 automatically begin recording in response to a triggering event, as described in more detail below, the recording device manager 12 receives a signal that the personal recording device 18 has begun recording. The recording device manager 12 then in turn instructs recording by the vehicle recording device 14.

The recording device manager 12 can also perform the converse of the above exemplary scenario. In particular, should the vehicle recording device 14 begin recording, either through manual instruction by the officer or in response to a triggering event, the recording device manager 12 will receive notification of same and instruct the personal recording device 18 to begin recording.

In embodiments where multiple personal recording devices 18 are synced with the recording device manager 12, the recording device manager will instruct recording by the multiple devices 18. As an example, if a first personal recording device 18 begins recording, such as in response to manual instruction by the officer or in response to a triggering event, a signal will be sent to the recording device manager 12. In turn, the recording device manager 12 will instruct recording by a second personal recording device 18 that is synced with the manager 12. It should be appreciated that this scenario of the manager 12 instructing recording is for every device synced with the manager 12.

In alternative embodiments of the present invention, the personal recording device 18 may include a GPS, an RFID, or another type of location or identification feature or sensor (not shown) that informs the recording device manager 12 of the relational location of the personal recording device 18 to the recording device manager 12. Alternatively, the officer may carry on their person a GPS (such as housed within a mobile communications device), RFID, or other type of location or identification sensor. The recording device manager 12 is communicatively coupled with the location or identification sensor, such that the recording device manager can receive information and signals from the sensor. If the record-

US 9,253,452 B2

5

ing device manager **12** determines that the personal recording device is within a preset, maximum range of the vehicle **16**, as signaled by the location or identification sensor, then the recording device manager **12** may be programmed to not instruct the personal recording device to begin recording upon the vehicle recording device recording. This may be desirable should the officer be sitting in the vehicle, and therefore, video and audio recordings by the personal recording device are unnecessary.

In yet further embodiments of the present invention, the recording device manager **12** may be programmed such that it instructs recording by the personal recording device when the personal recording device is a predetermined minimum distance away from the vehicle recording device **14** or recording device manager. For example, should the officer step away from the vehicle **16** a preset, minimum distance, the recording device manager **12** will note such and instruct recording by the personal recording device and regardless of whether the vehicle recording device has begun recording. Such a feature may be desirable in situations where the officer is chasing a suspect or is otherwise separated a large distance from their vehicle.

It should be appreciated that the signal received by the recording device manager **12** and from one of the recording devices that such recording device has started recording may actually instead be a signal that such recording device is going to imminently begin recording (this is compared to the signal sent by the recording device manager **12** to the other recording device instructing recording by the other recording device and in response to the first recording device beginning recording). In particular, it may be that the signal sent by the recording device manager **12** and to the second recording device instructing the second recording device to begin recording, such signal being in response to the first recording device beginning recording, is actually a signal that the first recording device received an instruction to begin recording, such as manual activation by the officer, as opposed to a signal that the first recording device has actually started recording. Thus, the signal received by the manager **12** may not actually be a signal that the first device has begun recording, but rather a signal that the first device has been instructed to record or will be recording imminently (as within milliseconds).

As an example, the vehicle recording device **14** may receive an instruction by the officer to begin recording data, including without limitation, audio and video data. Receipt of this instruction by the vehicle recording device **14** causes a first signal to be sent to the recording device manager **12** that the vehicle recording device **14** has been instructed to record. In response to receipt of the first signal, the recording device manager **12** then sends a second signal to the personal recording device **18** instructing such device **18** to begin recording. It should be appreciated that the first signal received by the recording device manager **12** may either include information indicating that the vehicle recording device **14** has already begun recording or has been instructed to record. Thus, reference to the first recording device recording encompasses the first recording device having actually begun recording, having been instructed to begin recording, or about to imminently begin recording.

In addition to instructing the vehicle recording device **14** to begin recording in the above exemplary scenario, the recording device manager **12** also generates time stamps and transmits them to the personal recording device **18** and the vehicle recording device **14**. A time stamp is any information identifying the particular time of day (and, in some embodiments, the date) an item of data was recorded, such that the item of data is associated with the particular time via the time stamp.

6

As such, the time stamp may be a sequence of characters identifying the time (either or both in human or computer-readable format). The time stamp may be encoded, and in embodiments, the time stamp may be incorporated or otherwise shown on any video image viewable by a user. The time stamp is transmitted to the recording devices **14**, **18**, each of which includes an internal clock independent of the internal clock of the recording device manager **12**. Because the independent internal clocks of the recording devices **14**, **18** are not necessarily synchronized and otherwise have different time settings for the clock (i.e., each clock of each device may record a different time for a particular point in time), the time stamp serves as a shared reference point for corroborating data points of the data recorded by the recording devices **14**, **18**.

In embodiments of the present invention, a unique serial number is generated and provided by the recording device manager **12** and to each of the recording devices **14**, **18**. For example, for a particular data recording event, such as a traffic stop, the recording device manager **12** generates a unique serial number for the data recording event. The manager **12** then assigns the unique serial number to the data recording event and transfers or otherwise provides the unique serial number to each of the data recording devices, such as the recording devices **14**, **18**. Thus, in embodiments, a unique serial number is generated each time a data recording is initiated. In embodiments, the unique serial number can be provided in addition to the above-referenced time stamp or in place of the time stamp. Upon receipt of the unique serial number from the recording device manager **12**, the recording devices **14**, **18** write the unique serial number and any information associated therewith as metadata to a metadata file associated with the data recording. In embodiments of the present invention, the same unique serial number generated by the manager **12** and associated with the data-capture event is sent to each of the recording devices **14**, **18**. However, in other embodiments, the manager **12** may generate different unique serial numbers for the data-capture event to send to each recording device **14**, **18**. The manager **12** may then link or otherwise associate the different unique serial numbers sent to each of the recording devices for the particular data-capture event.

The unique serial number serves to validate the time stamp as having been generated by a genuine and properly calibrated recording device manager **12**. Additionally, use of the unique serial number and time stamp allow video recording software that manages the data recordings to link together or otherwise associate data recordings having the same serial number and time stamp. Because recorded data is captured by disparate devices, use of the unique serial number assists in associating together the recorded data from each device. An officer or other user reviewing the recorded data will then know when a particular image or item of data obtained from a first recording device occurred and be able to correlate and corroborate such with images or items of data obtained from other recording devices.

In embodiments of the present invention, the time stamp and serial number are sent to the recording devices once, when the recording devices **14**, **18** begin recording for the particular data recording event. The recording devices then respectively acknowledge, to the recording device manager **12**, receipt of the time stamp and serial number. If the recording devices do not send their respective acknowledgement to the recording device manager, then the manager may send the time stamp and unique serial number to the recording devices again. In other embodiments of the present invention, such as for especially long data-capture events, the time stamp and

US 9,253,452 B2

7

unique serial number may be sent more than once, and or a new unique serial number may be generated. In some instances, there may be a brief break or pause in the data recording. In such an instance, the recording device manager may send another, different unique serial number to the recording devices. Alternatively, if a length of time for the break or pause is the same or less than a preset maximum time limit, the data captured after the break or pause may be associated with the same unique serial number as the data captured before the break or pause.

By beginning to record almost simultaneously as the personal recording device **18**, the vehicle recording device **14** is operable to capture additional video and audio data recordings of the situation encountered by the officer, including capturing from a different vantage point than the officer. The time stamp and serial number corresponding to the captured and recorded video and audio data recordings from the personal recording device **18** can be matched with the concurrent time stamp corresponding to the captured and recorded video and audio data recordings from the vehicle recording device **14** to link the recordings chronologically. Such is desirable to forensically establish the timing of certain events captured by the two devices **14**, **18** and the relation of the recorded images and audio from the personal recording device to the recorded images and audio from the vehicle recording device.

In even further embodiments, the time stamp and serial number sent from the manager **12** and to each recording device may include metadata, such as an identification that the time stamp came from the manager **12**, other recording devices to which the manager sent the same time stamp information, a date (if not already included in the time stamp), any triggering event (as described herein), etc.

In yet further embodiments, the time stamp may actually be created by the particular recording device, as opposed to the manager **12**. In such a case, the manager sends the time reading to the recording device, and the recording device in turn creates the time stamp.

As can be appreciated, the feature of the recording device manager **12** managing the time stamps can also be used with other ancillary devices. For example, in the case of the manager **12** being synced with a LIDAR, the manager **12** can time stamp when an officer records a particular speed reading and send the time stamp to the LIDAR. The speed reading can then be corroborated with pictures or video created by other recording devices.

In embodiments of the present invention, the signals transmitted and received by the recording device manager **12** may be responsive to a triggering event (also more simply known as a "trigger"). Examples of a triggering event may include, for example, turning on the vehicle's siren and/or signal lights, an accelerometer measurement outside a pre-established norm, a position of the vehicle and/or officer as measured by a GPS, a vehicle crash event or the police vehicle **16** attaining a threshold speed (e.g., 80 m.p.h.), etc. In embodiments, the recording device manager **12** may receive a signal from, for example, the vehicle recording device **16** indicative of a triggering event. In response to receipt of the signal, or based on a type of triggering event as evidenced by the signal, the recording device manager **12** may instruct recording by the personal recording device **18**. As an exemplary scenario, the recording device manager may receive a signal identifying a triggering event of the police officer being more than twenty feet from the vehicle. Upon receipt of the signal, the recording device manager **12** sends a signal to the personal recording device **18** to instruct the device **18** to begin recording. It should be appreciated that other types of triggering events and exemplary scenarios can be employed.

8

As shown in FIGS. **1** and **2**, the recording device manager **12** is generally portable and is approximately 1 inch thick, 3 inches wide, and 5 inches tall but can take another shape and can be much larger or smaller. The recording device manager **12** is a standalone device but can be incorporated into other devices, such as a police laptop, a police radio, a recording device (including the vehicle recording device **14**), or a mobile communications device.

The recording device manager **12** is permanently or removably mounted anywhere in the police vehicle **16** that is easy to reach, such as on the dashboard, center console, or windshield. Permanently mounting the vehicle recording device **14** helps to prevent assailants from stealing or breaking it. The recording device manager **12** can advantageously be oriented so that the police officer **20** can view its indicators (described below) from vantage points inside and outside of the police vehicle **16**. Alternatively, the recording device manager **12** can be carried or worn by the police officer **20**, such as on his utility belt or in his pocket.

Referring to FIG. **2**, the recording device manager **12** includes a housing **22**; first, second, and third indicator **24**, **26**, **28**; a receiver **30** for receiving from either the vehicle recording device **14** or the personal recording device **18** information, including a signal, that such recording device has started recording; a transmitter **32** for transmitting a signal; a communication port **34** for communicatively connecting the recording device manager **12** to an external computing device; and a controller **36** for performing algorithms, managing data, and generating signals and receiving information indicative of triggering events. The recording device manager **12** may also include other controllers, circuitry, computer hardware, and software for performing algorithms, handling, managing, and storing data, and generating and interpreting signals. The recording device manager **12** further includes an internal clock **38** for generating time stamps to be transmitted to the recording devices **14**, **18**, as discussed above. Alternatively, time functions can be handled by a Global Navigation Positioning System. The recording device manager **12** is connected to and receives power from a power source **40** described below.

The housing **22** protects the above electronic components from moisture, tampering, and forceful damage and can be made out of any durable material, such as plastic or metal. The housing **22** has rounded edges for aesthetics and ease of handling, and is formed from typical molding or casting processes. The housing **22** allows for the indicators **24**, **26**, **28** to be visible to the officer **20** and for the receiver **30** and port **34** to be connectable to the recording device **14** and external computers, respectively. The housing **22** is formed of a front and back operable to connect to each other to form a case and to be separated for maintenance or troubleshooting.

The indicators **24**, **26**, **28** are three light emitting diodes (LEDs), or alternatively, backlit cells, graphical displays, or analog indicators that communicate to the police officer **20** various statuses of the recording device manager **12** and recording devices **14**, **18**. The indicators **24**, **26**, **28** may use different indications for the various statuses depending on the recording devices (described below) synced to the recording device manager **12**.

The first indicator **24** is red and illuminates when power is applied to the recording device manager **12** and is off when no power is applied thereto. The second indicator **26** is yellow and illuminates when the police vehicle ignition is on and slowly blinks a single pulse when the police vehicle ignition is off and the recording device manager **12** is in a low power standby. Alternatively, the second indicator **26** may illuminate when the vehicle recording device **14** is on and slowly

US 9,253,452 B2

9

blinks two pulses when the vehicle recording device **14** is off and the recording device manager **12** is in a low power standby. The second indicator **26** blinks quickly when at least one of the recording devices **14**, **18** is recording.

The third indicator **28** is green and illuminates when the recording device manager **12** is not synced to any personal recording device **18**. The third indicator **28** blinks a long pulse followed by a number of short pulses indicating the number of personal recording devices **18** that are synced to the recording device manager **12**.

The indicators **24**, **26**, **28** may also cooperatively communicate a status by, for example, displaying a "chasing" pattern indicating that the personal recording device **18** is booting or resetting. This helps to verify that all three indicators **24**, **26**, **28** are operational. Also, the indicators **24**, **26**, **28** can be temporarily disabled in a covert mode, wherein the indicators **24**, **26**, **28** do not illuminate at all, by pressing a button or flipping a switch on the recording device manager **12**. The covert mode is desirable when police officers do not want to draw attention to themselves or their police vehicles. The indicators **24**, **26**, **28** can be easily toggled back to normal operating mode by pressing the button or flipping the switch again. The mode (covert or normal) is retained when the recording device manager **12** turns on or switches from a low power standby.

The controller **36** may comprise the receiver **30**, the transmitter **32**, the internal clock **38**, the communication ports, and other related components in any combination. In embodiments of the present invention, the receiver **30** and the transmitter **32** may also collectively form a transceiver. The controller **36** may also include electronic circuitry, a processing element, a memory element, computer hardware, and computer software for illuminating indicators **24**, **26**, **28** based on system statuses, as described above, and for performing algorithms for managing the recording devices **14**, **18**, as described below. The controller **36** is powered by the power source **40**, also described below.

The receiver **30** is configured to receive a communication from either of the vehicle recording device **14** or the personal recording device **18** indicating that the respective device has started or stopped recording. The receiver **30** may be wireless and may include antennas, signal or data receiving circuits, and signal or data transmitting circuits. The receiver **30** may operate utilizing communication standards, such as cellular 2G, 3G, 4G, Bluetooth™, Wi-Fi, or combinations thereof. Alternatively, or in addition, the receiver **30** may be wired and may include connectors or couplers to receive metal conductor cables or connectors or optical fiber cables.

In embodiments of the present invention, the transmitter **32** is configured to transmit a signal to the personal recording device **18** or the vehicle recording device **14** instructing recording of the respective device. The transmitter **32** may be wireless and may include antennas, signal or data receiving circuits, and signal or data transmitting circuits. The transmitter **32** may operate utilizing communication standards such as cellular 2G, 3G, 4G, Bluetooth™, Wi-Fi, or combinations thereof. Alternatively, or in addition, the transmitter **32** may be wired and may include connectors or couplers to receive metal conductor cables or connectors or optical fiber cables. The antenna may transmit over a range of at least forty feet but the range can be increased or decreased based on internal settings.

The communications port **34** is configured to communicatively connect the controller **36** to an external computing device **42** (described below), as shown in FIG. **1**. The communications port **34** may be wireless and may include antennas, signal or data receiving circuits, and signal or data trans-

10

mitting circuits. The communications port **34** may operate utilizing communication standards such as cellular 2G, 3G, 4G, Bluetooth™, or combinations thereof. Alternatively, or in addition, the communications port **34** may be wired and may include connectors or couplers to receive metal conductor cables or connectors or optical fiber cables. The communications port **34** is operable to receive downloaded software from the external computing device **42** and transmit setup instructions, diagnostic test signals, user settings, and statuses of the recording device manager **12** and the recording devices **14**, **18**, to the external computing device **42**.

Embodiments of the present invention may also comprise one or more computer programs stored in or on computer-readable medium residing on or accessible by the controller **36**. The computer programs may comprise listings of executable instructions for implementing logic functions and can be embodied in any non-transitory computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device, and execute the instructions. In the context of this application, a "computer-readable medium" can be any non-transitory medium that can contain, store, or communicate the programs. The computer-readable medium can be, for example, but not limited to, an electronic, magnetic, optical, electro-magnetic, infrared, or semi-conductor system, apparatus, or device. More specific, although not inclusive, examples of the computer-readable medium would include the following: an electrical connection having one or more wires, a portable computer diskette, a random access memory (RAM), a read-only memory (ROM), an erasable, programmable, read-only memory (EPROM or Flash memory), an optical fiber, and a portable compact disc read-only memory (CDROM).

The internal clock **38** includes a clock chip operable to keep time and various memory and logic circuits for converting time to computer and human readable data strings. The internal clock **38** can include circuitry such as oscillators, multivibrators, phase-locked loops, counters, or combinations thereof, and can be incorporated into the controller **36**. The internal clock **38** has a temporal resolution of approximately 1 ms to 10 ms. The internal clock **38** generates and sends a time reading to the controller **36** at a predetermined frequency, such as once every second or millisecond. The time reading is used by the controller **36** to create time stamps, which are transmitted to the recording devices **14**, **18** for corroborating recorded data. The internal clock **38** can be calibrated or adjusted, and the format and frequency of the time readings can be changed via the external computing device **42**. The time stamps can be accompanied by a signature of the time stamps' source and other metadata, as described below.

The power source **40** is electronically connected to the recording device manager **12** through dedicated wiring. The power source **40** supplies power to each of the electronic components of the recording device manager **12** and, in embodiments of the present invention, to the vehicle recording device **14**. In embodiments of the present invention, the power source **40** is the police vehicle's battery but can be another power source, such as a battery cartridge of the external computing device **42** or the vehicle recording device **14**.

The electronic connection between the receiver **30** and the vehicle recording device **14** optionally includes a control area network (CAN) bus **44**, which "directs traffic" for incoming and outgoing signals based on indicated importance or other

US 9,253,452 B2

11

factors and follows an algorithm for determining the order in which (or whether) signals are transmitted.

The vehicle recording device 14 is operable to record audio, video, thermal, chemical, or other data. In some embodiments, the recording device 14 is a video recording device such as one produced by Digital Ally, Inc., including the DVM100, DVM250, DVM250Plus, DVM250Law, DVM400, DV440Ultra, DVM470, DVM500, DVM500Plus, and DVM750. As described above, in one embodiment the recording device 14 is operable to receive a signal of a triggering event, whereas in another embodiment the recording device 14 utilizes the CAN bus 44 and is operable to receive time stamps and metadata (described below) in addition to the signal of a triggering event. In other embodiments, the recording device 14 is a digital audio recorder, heat scanner, or chemical analyzer. The vehicle recording device 14 can be mounted permanently or removably on or inside the police vehicle 16. Permanently mounting the vehicle recording device 14 helps to prevent assailants from stealing or breaking it. The vehicle recording device 14 can be incorporated into the police vehicle's rear view mirror, dashboard, spotlight, or other locations associated with the police vehicle 16 and receives power from the power source 40 through dedicated wiring. In embodiments of the present invention, the vehicle recording device 14 includes a clock substantially similar to the clock 38 for the recording device manager. In addition to the exemplary vehicle recording devices listed above, a vehicle recording device is further described in commonly-owned U.S. application Ser. No. 12/189,192, filed Aug. 10, 2008, entitled "Vehicle-Mounted Video System with Distributed Processing," and the entirety of which is incorporated by reference herein.

The personal recording device 18 is small, portable, wearable, easily concealed, and is operable to record audio, video, thermal, chemical, or other data. The personal recording device 18 can be worn by the officer 20, such as on the officer's shirt. The personal recording device 18 is operable to receive a signal instructing the device 18 to begin or stop recording, a signal indicative of a triggering event, and time stamps and metadata corresponding to the recordings. Additionally, the personal recording device 18 further includes a clock, substantially similar to the clock 38 described above for the recording device manager 12, for determining a time corresponding to when a particular item of data was recorded. An exemplary personal recording device is the "FIRSTVU HD" produced by Digital Ally, Inc. and further described in U.S. Provisional Patent Application No. 61/707,348 ("the '348 application"), filed Sep. 28, 2012, and commonly assigned with the present application. The disclosures of the '348 application and any later-filed non-provisional applications claiming priority to the '348 application are hereby incorporated by reference into the present application in their entirety.

Recordings generated by the recording devices 14, 18 and associated time stamps, metadata, and user-inputted information (described below) are temporarily stored in a local memory element (hereinafter "memory"), such as a memory of the particular recording devices 14, 18, and/or a memory of a computing device located in the police vehicle 16. This information can then be uploaded to external servers or transferred to the external computing device 42 (described below). The recordings can then be corroborated using the time stamps and metadata.

Many options and parameters pertaining to the various components and operation of the management system 10 can be setup and/or configured by connecting the recording device manager 12 to the external computing device 42 via

12

communications port 34. The external computing device 42 can be a laptop, tablet, mobile device, smartphone, or other computing device. The external computing device 42 displays a graphical user interface (GUI) by which the police officer 20 or other user may choose options and modify parameters of the management system 10. Each option or parameter typically includes a default setting, which is employed if no change is made before use. Police officers 20 can save preferred settings in a profile so that they do not have to be manually changed at the beginning of every shift, for example. The police officer 20 can select his profile to revert to his settings.

The options and parameters for the management system 10 are stored in a configuration file and can be configured by accessing a configuration interface, as shown in FIG. 3. For example, a language and time zone can be selected. The controller 36 thereby shifts the time received from the internal clock 38 or the GNSS to the selected time zone. Daylight saving time can be enabled or disabled. Additionally, the user can toggle between standard twelve or twenty-four hour time formats. The date format for displaying on event recordings can also be changed. For example, the date can be displayed as mm/dd/yyyy or dd/mm/yy.

Metadata to be generated and transmitted to the recording devices 14, 18 can be configured and changed. For example, the locations of the various recording devices 14, 18, an indication of which recording device or triggering event (such as turning the sirens on) caused a trigger signal to be transmitted, the number and identity of synced recording devices, the name of the police officer 20 on duty, or any other information pertaining to the recorded data can be enabled or customized. Inputting additional information for a given event, such as an event description, ethnicity, age, and gender of a suspect, and time of death, can be enabled. If enabled, this information is saved with the recorded data.

Settings pertaining to how the recording devices 14, 18 behave during an event can be changed as well. A pre-event buffer time can be chosen, which requires a device to continually record data and temporarily store it. If, for example, the pre-event buffer time is selected to be thirty seconds, when the officer 20 presses record at time t on the personal recording device 18, it will keep the thirty seconds of temporarily stored data leading up to time t. This allows for a delayed reaction time by the officer 20 without missing important data. Pre-event audio can be selected to be recorded as well. The personal recording device 18 can be set to vibrate when it begins recording. A shorter vibration can also be set for covert mode. The personal recording device 18 can also be set to vibrate when it enters a low power standby. A record-stop time delay can be setup so that when the recording device manager 12 detects that a synced recording device has stopped recording, the time delay lapses before the recording device manager 12 is allowed to broadcast a signal instructing other synced devices to cease recording. This prevents the recording device manager 12 from immediately instructing stopping other device recording. The recording device manager 12 can be enabled to broadcast a signal or alert when the personal recording device 18 goes out of range. Also, an entry timeout duration can be set to prevent tampering or accidental input.

The recording device manager 12 is also operable to enter a low power mode or power saving mode after a predetermined time period has elapsed, such as a predetermined time period of no recording by either of the personal or vehicle recording devices. Moreover, the recording device manager 12 or the system 10 further comprises an input, such as a switch, button, or software selection, for changing the prede-

US 9,253,452 B2

13

termined time period or to reset the elapse of the time period. In operation in embodiments of the present invention, the recording device manager **12** operates in one of two modes—a power on mode or a low power mode. If the vehicle and/or vehicle recording device **14** is on, then the manager **14** is powered on. In contrast, if the vehicle and/or vehicle recording device **14** is off, the manager **14** is powered off.

Many security precautions can also be setup, as shown in FIG. **4**. For example, one or multiple service set identifiers (SSIDs) for syncing the personal recording device **18** over a wireless communications network, such as Wi-Fi, can be selected. SSID broadcasting can be enabled, which means that other devices (including unrelated devices) in the area can see the SSID. SSID broadcasting can also be disabled, which means that devices in the area must know that the SSID exists in order to use it. Passphrases, passwords, or passcodes corresponding to the SSID can be setup or changed. Data encryption can be turned on, whereby transmissions cannot be easily intercepted and decoded. A wireless communications channel can also be selected. USB ports can be set to secure mode or to operate as a conventional mass storage device. Passphrases for secure USB ports can be chosen as well.

The recording devices **14**, **18** are synced with the recording device manager **12** before use by accessing a device syncing interface, as shown in FIG. **5**. The device syncing interface displays a list or table of available recording devices, each of which the user may individually sync ("add") or unsync ("remove"). Previously saved settings corresponding to the recording devices **14**, **18** can be loaded, and current settings can be saved for future use.

Each recording device **14**, **18** can also sync with only one recording device manager, whereas the recording device manager **12** can sync with multiple recording devices. As an example, if two officer vehicles arrive at a situation, such that an officer from each vehicle is wearing a personal recording device **18**, each personal recording device can only be synced with and provide information or signals to a single recording device manager **12**, namely its "home" recording device manager that is associated with the respective officer's vehicle. In contrast, should two officer vehicles arrive at a situation, and the vehicle recording device in one of the vehicles begins recording, then the recording device manager, receiving the recording signal from the vehicle recording device, is operable to instruct the personal recording devices of both officers (of the two separate officer vehicles) to begin recording. In an alternative embodiment, the personal recording device **18** may be configured to have a hierarchy of recording device managers with which to communicate. For example, the personal recording device's home recording device manager is at the top of the hierarchy, and will be the first manager with which it will attempt to communicate. If the home recording device is powered down, disabled, or out of range, the personal recording device **18** will attempt to communicate with the next manager in the hierarchy until a successful communication is made.

The options and parameters pertaining to the recording devices **14**, **18** can be set by accessing a recording settings interface, as shown in FIG. **6**. For example, video record quality can be selected from 512 kbps, 1 Mbps, and 2 Mbps, labeled "standard", "high", and "very high", respectively. Record frame rate can be selected from 5 to 60 fps. Record size can be selected from VGA (640×480 pixels), 720p (1280×720 pixels), and 1080p (1920×1080 pixels). Also, an indicator LED can be enabled to illuminate when the personal recording device **18** is recording.

14

The recording devices **14**, **18** can be allowed to upload recordings to an external server or computing device. The external server or computing device could be a computing device housed in the vehicle, a centralized computing device, such as housed at a police precinct, or a DVR **46** (see FIG. **1**) or other large-capacity storage device. Multiple Wi-Fi authorized upload times can be set, which denote when recording devices **14**, **18** are allowed to upload data. Ideally, upload times will be set during non-use times such as shift changes, lunch breaks, and off duty times. Alternatively, uploading of recorded data can occur whenever the recording devices are within a predetermined distance from the external server or computing device, such as when the officer is located in the vehicle or, preferably, when the officer's vehicle is located near the police precinct. Upload settings can be changed as well.

Turning again to FIG. **1**, use of the management system **10** and recording device manager **12** is now explained. As previously discussed, the exemplary management system **10** includes the vehicle recording device **14** and personal recording device **18**, but it will be understood that duplicate or additional recording devices, such as audio recorders, thermal imagers, security cameras, radios, seismic sensors, radar and LIDAR scanners, and chemical analyzers, can be synced to the recording device manager **12**. The officer **20** first connects the external computing device **42** to the recording device manager **12**, sets the various options and parameters described above, and then optionally disconnects the external computing device **42** from the recording device manager **12**. Once the recording devices **14**, **18** are synced with the recording device manager **12**, the management system **10** is ready to be used.

As a situation unfolds, the officer **20** will decide to capture video, audio, or other data as evidence, and will either cause the personal recording device **18** to begin recording if he is on foot, or cause the vehicle recording device **14** to begin recording if he is inside the police vehicle **16**. In either case, the device that is recording transmits a signal to the recording device manager **12** indicating that it has begun recording, and then continues to transmit a signal indicating that it is recording. The recording device manager **12** receives the signal and broadcasts or transmits a signal to the other recording device **14**, **18** to instruct the other recording device **14**, **18** to begin recording. As discussed above, the recording device manager **12** may also instruct recording of the recording device **14**, **18** upon receipt of a signal indicative of a triggering event, such as the officer turning on the police vehicle sirens, police lights, spotlight, etc.

If the personal recording device **18** begins recording but is out of range of the recording device manager **12** (e.g., greater than a preset distance, such as forty feet, from the recording device manager **12**), the recording device manager **12** will not detect that the personal recording device **18** is recording and thus will not broadcast a signal to the other recording device, namely the vehicle recording device **14**, to instruct recording. However, if the personal recording device **18** comes into range while recording, the recording device manager **12** will detect the continuously transmitted signal from the personal recording device **18** and will then broadcast a signal to instruct recording by the vehicle recording device **14**.

In even further embodiments of the present invention, the recording device manager **12** detects when a recording device **14**, **18** has stopped recording and transmits a signal to the other recording device **14**, **18** indicating that it should stop recording. In an alternative embodiment, the recording device manager **12** only transmits a signal to the other recording device **14**, **18** that it may stop recording but does not other-

US 9,253,452 B2

15

wise instruct ceasing of recording. When a recording device **14**, **18** receives this permission, the officer **20** can then manually stop the recording on that device. This prevents accidentally, unintentionally, or prematurely ending a recording and losing important data. For the same reasons, the recording device manager **12** may indicate to one of the recording devices **14**, **18** that the other recording device is no longer in range or that power to a recording device has been lost and that it should stop recording. Alternatively, the recording device manager **12** instructs the other recording device **14**, **18** that it may stop recording. Similarly, if the signal to instruct recording was in response to a triggering event, such as by turning on the sirens, police lights, or spotlight, etc., and the triggering event subsequently ceases, the recording device manager **12** may transmit a signal to the other recording device **14**, **18** that it may stop recording.

Although the invention has been described with reference to the embodiments illustrated in the attached drawing figures, it is noted that equivalents may be employed and substitutions made herein without departing from the scope of the invention as recited in the claims.

Having thus described various embodiments of the invention, what is clamed as new and desired to be protected by Letters Patent includes the following:

1. A recording device manager for use in a multiple recording device management system, the recording device manager comprising:

a controller including at least one receiver and at least one transmitter,

wherein said at least one receiver is operable to receive a first communication signal from a first recording device indicating the first recording device is recording an event,

wherein said at least one transmitter is operable to broadcast a second communication signal to at least a second recording device instructing the second recording device to begin recording the event,

wherein the second recording device is distinct from the first recording device and records a distinct set of record data from the first recording device,

wherein the second recording device is configured to be mounted on or configured to be carried by a law-enforcement officer,

wherein the second communication signal is transmitted to the second recording device in response to the receiver receiving the first communication signal from the first recording device indicating the first recording device is recording, such that the recording device manager insures the first and second recording devices both record the event,

wherein the first recording device and the second recording device begin recording substantially simultaneously with the broadcast second communication signal, and

wherein the recording device manager is incorporated into one of the first recording device and the second recording device.

2. The recording device manager of claim **1**, further comprising:

a plurality of indicators; and

an input operable to temporarily disable the indicators so that the recording device manager enters a covert mode when the input is activated.

3. The recording device manager of claim **1**, wherein the first recording device does not record audiovisual information.

16

4. The recording device manager of claim **1**, wherein the first recording device is configured to be mounted on or carried by the law enforcement officer.

5. The recording device manager of claim **4**, wherein the first recording device records audiovisual information and is configured to be worn on the law enforcement officer's clothing.

6. The recording device manager of claim **1**, wherein the first recording device records audiovisual information and is configured to be mounted to a law enforcement vehicle.

7. The recording device manager of claim **1**, wherein the second communication signal further causes the second recording device to record a timestamp with the event.

8. The recording device manager of claim **7**, wherein the timestamp is recorded as metadata for the event.

9. The recording device manager of claim **7**,

wherein the event is recorded by the second recording device as audiovisual information, and

wherein the timestamp is recorded as a visual overlay on the audiovisual information.

10. A system for recording multiple viewpoints of an event, comprising:

a first recording device configured to be mounted on or configured to be carried by a law enforcement officer so as to record a first set of record data for the event;

a second recording device, distinct from the first recording device, located so as to record a second set of record data for the event, said first set of record data being distinct from the second set of record; and

a recording device manager operable to:

receive a trigger signal,

said trigger signal being at least one of activation of a law enforcement vehicle's siren, activation of said law enforcement vehicle's signal lights, activation of said law enforcement vehicle's spotlight, a vehicle crash event, and a vehicle speed, and

broadcast, in response to receiving the trigger signal, at least one communication signal including correlation data to the first recording device and the second recording device instructing the first recording device to begin recording said first set of record data and instructing the second recording device to begin recording said second set of record data,

wherein the first recording device stores the correlation data as metadata for the first set of record data and the second recording device stores the correlation data as metadata for the second set of record data, such that the first set of record data and the second set of record data can be correlated back to the event,

wherein the first set of record data and the second set of record data are recorded beginning substantially simultaneously in response to the broadcast communication signal.

11. The system of claim **10**, wherein the correlation data comprises a timestamp.

12. The system of claim **10**, wherein the correlation data comprises a unique serial number.

13. The system of claim **12**, wherein the correlation data further comprises a timestamp.

14. The system of claim **10**, wherein the communication signal further instructs the first recording device to store pre-event recording data with the first set of record data.

15. The system of claim **14**, wherein thirty seconds of pre-event recording data is stored.

16. The system of claim **10**, wherein the communication signal further instructs a third recording device to begin recording a third set of record data.

US 9,253,452 B2

17

18

17. The system of claim **10**, wherein the correlation data transmitted to the first recording device and the correlation data transmitted to the second recording device are identical.

18. The system of claim **10**, wherein the second recording device does not record audiovisual information.

19. The system of claim **10**, wherein the trigger signal is caused by a user manually activating a third recording device.

20. The system of claim **10**, wherein the trigger signal is caused by an activation of a law enforcement vehicle's signal lights.

\* \* \* \* \*