IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC. § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. 2:16-cv-02349-JWB-ADM |
| ENFORCEMENT VIDEO, LLC d/b/a § | |
| WATCHGUARD VIDEO, § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY THE LITIGATION TO ALLOW THE PARTIES SUFFICIENT TIME TO FINALIZE A SETTLEMENT AGREEMENT**

Digital Ally, Inc. ("Digital Ally") and Enforcement Video, LLC d/b/a WatchGuard Video ("WatchGuard") hereby notify the Court that they have reached an agreement to settle the litigation and jointly move to stay the litigation for two weeks, during which time the parties will formalize the settlement and file dismissal papers.

At the *Markman* hearing on March 8, 2019, Judge Broomes asked the parties to keep the Court apprised of any material changes that would impact his Markman Order. To avoid the Court dedicating further resources to the *Markman* process unnecessarily, the parties hereby provide notice that they have signed a detailed term sheet to settle the litigation. A copy of this confidential term sheet can be made available for *in camera* review at the Court's request. To give the parties sufficient time to convert the term sheet into a settlement agreement and to file dismissal papers, the parties jointly request the Court stay this litigation for two weeks.

1

Dated: April 29, 2019

Respectfully submitted,

**ERISE IP, P.A.**

By: /s/ *Adam P. Seitz*
Adam P. Seitz, KS Bar #21059
Eric A. Buresh, KS Bar #19895
Jason R. Mudd, KS Bar #25749
Michelle L. Marriott, KS Bar # 21784
Clifford T. Brazen, KS Bar #27408
Erise IP, P.A.
7015 College Blvd.,
Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
adam.seitz@eriseip.com
eric.buresh@eriseip.com
jason.mudd@eriseip.com
michelle.marriott@eriseip.com
cliff.brazen@eriseip.com

Paul R. Hart, admitted *Pro Hac Vice*
Erise IP, P.A.
5600 Greenwood Plaza Blvd.,
Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
paul.hart@eriseip.com

***Counsel for Plaintiff Digital Ally, Inc.***

**GRAVES GARRETT LLC**

By:   /s/ *Joseph M. McGroder*
Nathan F. Garrett, KS Bar #24977
Joseph M. McGroder, D. Kan. #78603
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
jmcgroder@gravesgarrett.com

**HAYNES AND BOONE, LLP**

David H. Harper (admitted *pro hac vice*)
Tiffany M. Cooke (admitted *pro hac vice*)
Charles M. Jones, II (admitted *pro hac vice*)
Stephanie N. Sivinski (admitted *pro hac vice*)
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 651-5940 (fax)
david.harper@haynesboone.com
tiffany.cooke@haynesboone.com
charlie.jones@haynesboone.com
stephanie.sivinski@haynesboone.com

***Counsel for Defendant Enforcement Video, LLC d/b/a WatchGuard Video, LLC***

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on April 29, 2019, a true and correct copy of the foregoing pleading was served via the Court's electronic online filing system on all counsel of record.

                 */s/ Adam P. Seitz*
                 Adam P. Seitz

3